AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

__SOUTHERN__ DISTRICT OF __NEW YORK__

CHANEL, INC. a New York Corporation,

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:   07 CV 6679

HEATHER L. GARDNER, et al.

TO: (Name and address of defendant)

HEATHER L. GARDNER a/k/a HEATHER BENJAMIN
48 Oak Hill Road,
Horseheads, New York 14845

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John Macaluso
Gibney, Anthony & Flaherty, LLP
665 Fifth Avenue
New York, New York 10022
(212) 688-5151

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**                                         AUG 2 1 2007

CLERK                                                          DATE

(BY) DEPUTY CLERK

UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK

Plaintiff
CHANEL, INC., A NEW YORK CORPORATION
vs.
Defendant
HEATHER L. GARDNER AKA HEATHER BENJAMIN, ET AL.,

Case No.: 07 CV 6679
Hearing Date:
Attorney of Record:

## AFFIDAVIT OF SERVICE

Received this on SSPT 7 2007
I, Rich Kingdon, being duly sworn, depose and say, I have been duly authorized to make service of the document(s) listed herein in the above styled case, I am over the age of 18, and am not a party to or otherwise interested in this matter.

That on Sep 8 2007 9:43AM, I executed service of SUMMONS; FIRST AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF; EXHIBITS; DISCLOSURE STATEMENT; INITIAL PRETRIAL CONFERENCE; CIVIL CASE MANAGEMENT PLAN AND SCHEDULING ORDER on HEATHER L. GARDNER, at 334 W JERSEY Way, QUEEN CREEK, Maricopa County, AZ 85423

By Personal Service to: HEATHER L. GARDNER,, NAMED DEFENDANT, A white female approx. 30-35 years of age with blonde hair

Military Status: Not in Military

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

_____    Execute on Sep 09, 2007
Rich Kingdon, Reg # 7238, Maricopa, AZ

State of Arizona County of Maricopa
Subscribed and sworn to before me, a notary public on Sep 09, 2007

_____
Notary Public

ID: 4899324
Client Reference:

**Michael P. Tannery**
**Notary Public - Arizona**
**Maricopa County**
**My Commission Expires**
**August 22, 2010**

PFI Order No. 4899324

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 9/8/2007 |
| NAME OF SERVER (PRINT) Rich Kingdon  AZ#7238 | TITLE Civil Process Server |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served:
   HEATHER L GARDNER AKA HEATHER BENJAMIN
   334 W JERSEY WAY, QUEEN CREEK, AZ 85423

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___9/8/2007___     _____[signature]_____
                Date                    Signature of Server

PO BOX 7062, PHOENIX, AZ 85011
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.