AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

SOUTHERN DISTRICT OF NEW YORK

CHANEL, INC. a New York Corporation,

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:   07 CV 6679

HEATHER L. GARDNER, et al.

TO: (Name and address of defendant)

COREY GARDNER
48 Oak Hill Road,
Horseheads, New York 14845

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John Macaluso
Gibney, Anthony & Flaherty, LLP
665 Fifth Avenue
New York, New York 10022
(212) 688-5151

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

AUG 2 1 2007

CLERK

DATE

(BY) DEPUTY CLERK

UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK

Plaintiff
CHANEL, INC., A NEW YORK CORPORATION
vs.
Defendant
HEATHER L. GARDNER AKA HEATHER BENJAMIN, ET AL.,

Case No.: 07 CV 6679
Hearing Date:
Attorney of Record:

## AFFIDAVIT OF SERVICE

Received this on Sept 7 2007

I, Rich Kingdon, being duly sworn, depose and say, I have been duly authorized to make service of the document(s) listed herein in the above styled case, I am over the age of 18, and am not a party to or otherwise interested in this matter.

That on Sep 8 2007 9:43AM, I executed service of SUMMONS; FIRST AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF; EXHIBITS; DISCLOSURE STATEMENT; INITIAL PRETRIAL CONFERENCE; CIVIL CASE MANAGEMENT PLAN AND SCHEDULING ORDER on COREY GARDNER, at 334 W JERSEY Way, QUEEN CREEK, Maricopa County, AZ 85423

By Personal Service to: COREY GARDNER,, NAMED DEFENDANT, A white male approx. 30-35 years of age with brown hair, a mustache, and a beard

Military Status: Not in Military

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

_____  Execute on Sep 09, 2007
Rich Kingdon, Reg. #7238, Maricopa, AZ

State of Arizona County of Maricopa
Subscribed and sworn to before me, a notary public on Sep 09, 2007

_____
Notary Public
ID: 4899323
Client Reference:

Michael P. Tannery
Notary Public - Arizona
Maricopa County
My Commission Expires
August 22, 2010

PFI Order No. 4899323

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 9/8/2007 |
| NAME OF SERVER *(PRINT)* Rich Kingdon AZ#7238 | TITLE Civil Process Server |

*Check one box below to indicate appropriate method of service*

- ☑ Served personally upon the defendant. Place where served:
  COREY GARDNER
  334 W JERSEY WAY, QUEEN CREEK, AZ 85423
- ☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left:
- ☐ Returned unexecuted:

- ☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___9/8/2007___
Date

Signature of Server

PO BOX 7062, PHOENIX, AZ 85011
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.