Gibney, Anthony & Flaherty, LLP
John Macaluso (JM 2058)
Amy Celeste Van Eepoel (ACV 1224)
665 Fifth Avenue
New York, New York 10022
Telephone (212) 688-5151
Facsimile (212) 688-8315
E-mail:  jmacaluso@gibney.com

*Of Counsel:*
STEPHEN M. GAFFIGAN, P.A.
Stephen M. Gaffigan
312 S.E. 17th Street -- Second Floor
Ft. Lauderdale, Florida 33316
Telephone (954) 767-4819
Facsimile (954) 767-4821
E-mail: stephen@smgpa.net

Attorneys for Plaintiff
Chanel, Inc.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: OCT 1 0 2007

## THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| CHANEL, INC., a New York corporation | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 07 CV 6679 |
| | ) | |
| HEATHER L. GARDNER a/k/a | ) | |
| HEATHER BENJAMIN d/b/a | ) | |
| GARDNERINC.NET d/b/a | ) | |
| SHOPWITHCLASS d/b/a | ) | |
| DEZ9ERDREAMZ, and DOES 1-10, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## COURTESY COPY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
Chanel, Inc., a New York Corporation,
                                    Plaintiff,

        -against-

Heather also known as Heather Benjamin
doing business as Gardnerinc.net
doing business as Shopwithclass
doing business as Dez9erdreamz
Does 1-10 ,
                                    Defendant,
----------------------------------------------------------X

07cv6679(GBD)
CIVIL CASE MANAGEMENT
PLAN AND SCHEDULING ORDER

        After consultation with counsel for the parties, the following Case Management Plan is
adopted.  This plan is also a scheduling order pursuant to Rules 16 and 26(f) of the Federal
Rules of Civil Procedure.

    1.    No additional parties may be joined after January 10, 2008.

    2.    No amendment to the pleadings will be permitted after January 10, 2008.

    3.    Except for good cause shown, all **discovery** shall be commenced in time to be
          completed by **April 3, 2008.**  The Court expects discovery to be completed within
          90 days of the first scheduling conference unless, after the expiration of that 90
          day period, all counsel stipulate that additional time (not to exceed 60 more
          days) is needed to completed discovery.  *In such event, discovery may be
          extended by the parties on consent, without application to the Court, provided
          the parties are certain they can still meet the discovery completion date ordered
          by the Court.*  The discovery completion date shall not be adjourned except upon
          a showing of extraordinary circumstances.

    4.    **Dispositive motions** are to served by **April 19, 2008.**  Answering papers are to
          be served within 14 days.  Reply papers  are to be served within seven (7) days.
          In the event a dispositive motion is made, the date for submitting the Joint
          Pretrial Order shall be changed from that shown herein to three(3) weeks from
          the decision on the motion.  The final pretrial conference shall be adjourned to a
          date four (4) weeks from the decision on the motion.

    5.    A final pretrial conference will be held on **June 5, 2008 at 9:30 a.m.**

    6.    The **Joint Pretrial Order** shall be filed no later than **May 8, 2008.**  The
          requirements for the pretrial order and other pretrial submissions shall be
          governed by the Court's Individual Rules of Practice.

    7.    All **motions and applications** shall be governed by the Court's Individual Rules
          of Practice.



8.  The parties shall be ready for trial on 48 hours notice on or after July 14, 2008. The estimated trial time is ___3___ days, and this is a (jury) (non-jury) trial.

9.  The Next Case Management Conference will be held on March 6, 2008 at 9:30 a.m..

Dated: August 7, 2007
New York, New York

SO ORDERED:

OCT 1 0 2007

GEORGE B. DANIELS
United States District Judge

HON. GEORGE B. DANIELS

Attorney for Plaintiff

Attorney for Defendant

-2-

8.    The parties shall be ready for trial on 48 hours notice on or after July 11, 2008. The estimated trial time is _____ days, and this is a (jury) (non-jury) trial.

9.    The Next Case Management Conference will be held on March 6, 2008 at 9:30 a.m..

Dated: August 7, 2007
New York, New York

SO ORDERED:


_____
GEORGE B. DANIELS
United States District Judge


_____
Attorney for Plaintiff

_____
Attorney for Defendant