UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

Chanel Inc.        Plaintiff,

-v-

Heather Cordner    Defendant.

------------------------------------------------------------------x

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

07 cv 6679 (GBD)(MHD)

*USDC SDNY — DOCUMENT — ELECTRONICALLY FILED — DOC #: — DATE FILED: MAR 1 4 2008*

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

**X** General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositive Motion/Dispute: _____

___ If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

**✓** Settlement

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose: _____

___ Habeas Corpus

___ Social Security

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion: _____

All such motions: ____

Dated _MAR 1 4 2008_

SO ORDERED:

_/s/ George B. Daniels_
HON GEORGE B. DANIELS
United States District Judge