```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
CHANEL, Inc.,                       :
                                    :
                 Plaintiffs,        :
                                    :       ORDER
        -against-                   :
                                    :       07 Civ. 6679 (GBD)(MHD)
COREY GARDNER et al.,               :
                                    :
                 Defendants.        :
                                    :
------------------------------------X
```

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

It is hereby **ORDERED** that a telephone conference has been scheduled in the above-captioned action on **FRIDAY, APRIL 4, 2008 at 1:00 PM**, at which time you are directed to call chambers at (212) 805-0204. Any requests for adjournment of this scheduled conference must be in writing, with copies to all other parties, and must be preceded by reasonable efforts by the requesting party to obtain the consent of those parties.

DATED:  New York, New York
        April 1, 2008

SO ORDERED.

_____
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE

Copies of the foregoing Order have been sent this date to:

John Macaluso, Esq.
Gibney, Anthony & Flaherty, LLP
665 Fifth Avenue
New York, NY 10022

Amy Celeste Van Eepoel, Esq.
Gibney, Anthony & Flaherty, LLP
665 Fifth Avenue
New York, NY 10022

Corey & Heather Gardner
334 West Jersey Way
Queen Creek, AZ 85243

Stephen M. Gaffigan, P.A.
312 S.E. 17th Street, Second Floor
Ft. Lauderdale, FL 33316