UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
CHANEL, Inc,

          Plaintiffs,    :    <u>ORDER</u>

    -against-    :    07 Civ. 6679 (GBD)(MHD)

COREY GARDNER <u>et</u> <u>al.</u>,    :

          Defendants.    :
------------------------------------X
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

    A pre-trial telephone conference having been held with counsel for the respective parties on April 4, 2008,

    It is hereby **ORDERED** as follows:

    1. Defendants' time to serve and file an answer or other response to the complaint is extended to April 14, 2008.

    2. If defendants fail to respond to the complaint within the time allotted, plaintiff may move for entry of a default judgment by no later than April 28, 2008.

DATED: New York, New York
       April 4, 2008

                                        SO ORDERED.

                                        _____
                                        MICHAEL H. DOLINGER
                                        UNITED STATES MAGISTRATE JUDGE

Copies of the foregoing Order have been mailed this date to:

John Macaluso, Esq.
Gibney, Anthony & Flaherty, LLP
665 Fifth Avenue
New York, NY 10022

Amy Celeste Van Eepoel, Esq.
Gibney, Anthony & Flaherty, LLP
665 Fifth Avenue
New York, NY 10022

Corey & Heather Gardner
334 West Jersey Way
Queen Creek, AZ 85243

Stephen M. Gaffigan, P.A.
312 S.E. 17th Street, Second Floor
Ft. Lauderdale, FL 33316