```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
CHANEL, Inc,                        :
                                    :
               Plaintiffs,          :      ORDER
                                    :
        -against-                   :   07 Civ. 6679 (GBD)(MHD)
                                    :
COREY GARDNER et al.,               :
                                    :
               Defendants.          :
                                    :
------------------------------------X
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:
```

It is hereby **ORDERED** as follows:

1. The parties are to submit a joint pre-trial order by **September 15, 2008**, unless a potentially dispositive motion has been served by that date.

DATED:   New York, New York
         August 14, 2008

SO ORDERED.

*(signature)*

MICHAEL H. DOLINGER
**UNITED STATES MAGISTRATE JUDGE**

Copies of the foregoing Order have been mailed this date to:

John Macaluso, Esq.
Gibney, Anthony & Flaherty, LLP
665 Fifth Avenue
New York, NY 10022

Amy Celeste Van Eepoel, Esq.
Gibney, Anthony & Flaherty, LLP
665 Fifth Avenue
New York, NY 10022

Corey & Heather Gardner
334 West Jersey Way
Queen Creek, AZ 85243

Stephen M. Gaffigan, P.A.
312 S.E. 17th Street, Second Floor
Ft. Lauderdale, FL 33316