

**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Tue Jun 27 04:19:33 EDT 2006*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | Browse Dic | SEARCH OG | BOTTOM | HELP |

**Logout**  Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)* |



| | |
|---|---|
| **Word Mark** | CC |
| **Goods and Services** | IC 018. US 001 002 003 022 041. G & S: Handbags. FIRST USE: 20040601. FIRST USE IN COMMERCE: 20040601 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 26.01.03 - Circles, incomplete (more than semi-circles); Incomplete circles (more than semi-circles)<br>26.01.16 - Circles touching or intersecting<br>27.03.01 - Geometric figures forming letters or numerals |
| **Serial Number** | 76615089 |
| **Filing Date** | October 8, 2004 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | September 20, 2005 |
| **Registration Number** | 3025934 |
| **Registration Date** | December 13, 2005 |
| **Owner** | (REGISTRANT) Chanel, Inc. CORPORATION NEW YORK 9 West 57th Street New York NEW YORK 10019 |
| **Attorney of Record** | Veronica L. Hrdy |
| **Prior Registrations** | 0195359;1734822;AND OTHERS |
| **Description of Mark** | This mark is a three-quarter view of the Chanel CC monogram which is comprised of interlocking C's. |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

July 28, 2006

THE ATTACHED U.S. TRADEMARK REGISTRATION *3,025,936* IS
CERTIFIED TO BE A TRUE COPY OF THE REGISTRATION ISSUED BY
THE UNITED STATES PATENT AND TRADEMARK OFFICE WHICH
REGISTRATION IS IN FULL FORCE AND EFFECT.

REGISTERED FOR A TERM OF *10* YEARS FROM   *December 13, 2005*
SAID RECORDS SHOW TITLE TO BE IN:   *Registrant*

By Authority of the

Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

E.  BORNETT

Certifying Officer

Int. Cls.: 9, 25 and 26

Prior U.S. Cls.: 21, 22, 23, 26, 36, 37, 38, 39, 40, 42 and 50

Reg. No. 3,025,936
Registered Dec. 13, 2005

# United States Patent and Trademark Office

## TRADEMARK
### PRINCIPAL REGISTER



CHANEL, INC. (NEW YORK CORPORATION)
9 WEST 57TH STREET
NEW YORK, NY 10019

FOR: MOBILE PHONE STRAPS, EYEGLASS FRAMES, SUNGLASSES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 9-1-2004; IN COMMERCE 9-1-2004.

FOR: GLOVES, SWIMWEAR, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 7-1-2003; IN COMMERCE 7-1-2003.

FOR: HAIR ACCESSORIES NAMELY BARRETTES AND PONY-TAIL HOLDERS, IN CLASS 26 (U.S. CLS. 37, 39, 40, 42 AND 50).

FIRST USE 9-1-2004; IN COMMERCE 9-1-2004.

OWNER OF U.S. REG. NOS. 195,359, 1,734,822 AND OTHERS.

THE MARK IS COMPROMISED OF INTERLOCKING C'S.

SER. NO. 76-615,091, FILED 10-8-2004.

KIMBERLY PERRY, EXAMINING ATTORNEY



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

July 27, 2006

THE ATTACHED U.S. TRADEMARK REGISTRATION *3,022,708* IS
CERTIFIED TO BE A TRUE COPY OF THE REGISTRATION ISSUED BY
THE UNITED STATES PATENT AND TRADEMARK OFFICE WHICH
REGISTRATION IS IN FULL FORCE AND EFFECT.

REGISTERED FOR A TERM OF *10* YEARS FROM   *December 06, 2005*
SAID RECORDS SHOW TITLE TO BE IN:   *Registrant*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

*L. Edelen*

L. EDELEN
Certifying Officer

Int. Cls.: 6, 9, 18, 25 and 28

Prior U.S. Cls.: 1, 2, 3, 12, 13, 14, 21, 22, 23, 25, 26, 36, 38, 39, 41 and 50

**United States Patent and Trademark Office**

Reg. No. 3,022,708
Registered Dec. 6, 2005

## TRADEMARK
### PRINCIPAL REGISTER



CHANEL, INC. (NEW YORK CORPORATION)
9 WEST 57TH STREET
NEW YORK, NY 10019

FOR: KEY CHAINS, IN CLASS 6 (U.S. CLS. 2, 12, 13, 14, 23, 25 AND 50).

FIRST USE 9-1-2004; IN COMMERCE 9-1-2004.

FOR: SKI GOGGLES, SUNGLASSES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 7-1-2004; IN COMMERCE 7-1-2004.

FOR: LUGGAGE, HANDBAGS, TOTES, BACK-PACKS, TRAVEL BAGS, ALL-PURPOSE CARRY-ING BAGS, UMBRELLAS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 7-1-2003; IN COMMERCE 7-1-2003.

FOR: BOOTS, COATS, JACKETS, GLOVES, HATS, PANTS, SANDALS, SCARVES, SHIRTS, SHOES, SKI BOOTS, SUN VISORS, SUSPENDERS, SWEAT-BANDS, SWIMWEAR, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 7-1-2003; IN COMMERCE 7-1-2003.

FOR: BAGS SPECIALLY ADOPTED FOR SPORTS EQUIPMENT, BASKETBALLS, KITES, SKIS, SKI POLLS, TENNIS RACKETS, TENNIS BALLS, TEN-NIS RACKET COVERS, GOLF CLUBS, GOLF BAGS, SNOW BOARDS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 7-1-2003; IN COMMERCE 7-1-2003.

OWNER OF U.S. REG. NOS. 195,359, 1,734,822 AND OTHERS.

THE MARK IS COMPROMISED OF INTERLOCK-ING C'S SURROUNDED BY A SQUARE

SER. NO. 76-615,088, FILED 10-8-2004.

KIMBERLY PERRY, EXAMINING ATTORNEY



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

### UNITED STATES DEPARTMENT OF COMMERCE

#### United States Patent and Trademark Office

**August 25, 2006**

THE ATTACHED U.S. TRADEMARK REGISTRATION *1,734,822* IS
CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND
EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN
THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES
PATENT AND TRADEMARK OFFICE.


REGISTERED FOR A TERM OF *10* YEARS FROM   *November 24, 1992*
*1st* RENEWAL FOR A TERM OF *10* YEARS FROM   *November 24, 2002*
SECTION 8 & 15
SAID RECORDS SHOW TITLE TO BE IN:
   *REGISTRANT*



By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

N. WILLIAMS
**Certifying Officer**

Int. Cl.: 18

Prior U.S. Cl.: 3

## United States Patent and Trademark Office

Reg. No. 1,734,822
Registered Nov. 24, 1992

## TRADEMARK
### PRINCIPAL REGISTER



CHANEL, INC. (NEW YORK CORPORATION)
9 WEST 57TH STREET
NEW YORK, NY 10019

FOR: LEATHER GOODS; NAMELY, HAND-BAGS, WALLETS, TRAVEL BAGS, LUGGAGE, BUSINESS CARD CASES, CHANGE PURSES, TOTE BAGS, AND COSMETIC BAGS SOLD EMPTY, IN CLASS 18 (U.S. CL. 3).

FIRST USE 0–0–1954; IN COMMERCE 0–0–1954.

OWNER OF U.S. REG. NOS. 1,293,298, 1,314,511 AND OTHERS.

SER. NO. 74–242,471, FILED 1–31–1992.

KEITH L. HENDERSON, EXAMINING ATTOR-NEY



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

August 23, 2006

THE ATTACHED U.S. TRADEMARK REGISTRATION *1,314,511* IS
CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND
EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN
THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES
PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *20* YEARS FROM  *January 15, 1985*
*1st* RENEWAL FOR A TERM OF *10* YEARS FROM  *January 15, 2005*
*SECTION 8 PARTIAL & 15*
*LESS GOODS*
CLASS(ES) CANCELLED:
   *INT CL 016*

SAID RECORDS SHOW TITLE TO BE IN:
   *REGISTRANT*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

*L. Edelen*

L.  EDELEN
Certifying Officer



Int. Cls.: 16 and 18

Prior U.S. Cls.: 3 and 37

## United States Patent and Trademark Office

Reg. No. 1,314,511
Registered Jan. 15, 1985

### TRADEMARK
#### Principal Register



Chanel, Inc. (New York corporation)
9 W. 57th St.
New York, N.Y. 10019

For: ~~NOTEBOOKS AND STATIONERY TYPE PORTFOLIOS~~, in CLASS 16 (U.S. Cl. 37).
First use Sep. 1981; in commerce Sep. 1981.
For: ~~LEATHER GOODS—NAMELY, HAND-BAGS, WALLETS, TRAVEL BAGS, LUGGAGE, CREDIT CARD AND BUSINESS CARD CASES, MAKE-UP BAGS AND VANITY CASES SOLD EMPTY, BRIEFCASE-TYPE PORTFOLIOS, ATTACHE CASES, CHANGE PURSES, SUIT-~~ ~~CASES, TOTE BAGS, GARMENT BAGS AND TRAVELLERS' SHOE BAGS~~, in CLASS 18 (U.S. Cl. 3).

First use Nov. 24, 1954; in commerce Nov. 24, 1954.

Owner of U.S. Reg. No. 1,075,016.

Ser. No. 356,733, filed Mar. 26, 1982.

FRANCIE R. GOROWITZ, Examining Attorney



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

**United States Patent and Trademark Office**

**July 28, 2006**

THE ATTACHED U.S. TRADEMARK REGISTRATION *1,501,898* IS
CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND
EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN
THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES
PATENT AND TRADEMARK OFFICE.


REGISTERED FOR A TERM OF *20* YEARS FROM   *August 30, 1988*
*SECTION 8 & 15*
SAID RECORDS SHOW TITLE TO BE IN:
  *Registrant*


By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

E. BORNETT
Certifying Officer

Int. Cls.: 6, 14, 16, 25 and 26

Prior U.S. Cls.: 13, 28, 37, 39 and 40

## United States Patent and Trademark Office

Reg. No. 1,501,898

Registered Aug. 30, 1988

## TRADEMARK
### PRINCIPAL REGISTER



CHANEL, INC. (NEW YORK CORPORATION)
9 WEST 57TH STREET
NEW YORK, NY 10019

FOR: KEYCHAINS, IN CLASS 6 (U.S. CL. 13).
FIRST USE 9-0-1981; IN COMMERCE 9-0-1981.
FOR: COSTUME JEWELRY, IN CLASS 14 (U.S. CL. 28).
FIRST USE 9-0-1981; IN COMMERCE 9-0-1981.
FOR: GIFT WRAPPING PAPER , IN CLASS 16 (U.S. CL. 37).
FIRST USE 8-0-1986; IN COMMERCE 8-0-1986.

FOR: BLOUSES, SHOES, BELTS, SCARVES, JACKETS, MEN'S TIES, IN CLASS 25 (U.S. CL. 39).
FIRST USE 9-0-1981; IN COMMERCE 9-0-1981.
FOR: BROOCHES, BUTTONS FOR CLOTHING, IN CLASS 26 (U.S. CL. 40).
FIRST USE 9-0-1981; IN COMMERCE 9-0-1981.
OWNER OF U.S. REG. NOS. 195,359, 1,347,094 AND OTHERS.

SER. NO. 644,065, FILED 2-9-1987.

JANE MCCABE, EXAMINING ATTORNEY



7022984

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

**UNITED STATES DEPARTMENT OF COMMERCE**
**United States Patent and Trademark Office**

**July 28, 2006**

THE ATTACHED U.S. TRADEMARK REGISTRATION *1,654,252* IS
CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND
EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN
THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES
PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *10* YEARS FROM  *August 20, 1991*
*1st* RENEWAL FOR A TERM OF *10* YEARS FROM  *August 20, 2001*
SECTION 8 & 15
SAID RECORDS SHOW TITLE TO BE IN:
   *Registrant*

By Authority of the
**Under Secretary of Commerce for Intellectual Property**
**and Director of the United States Patent and Trademark Office**

E. BORNETT
**Certifying Officer**

Int. Cl.: 9

Prior U.S. Cl.: 26

## United States Patent and Trademark Office

Reg. No. 1,654,252
Registered Aug. 20, 1991

## TRADEMARK
### PRINCIPAL REGISTER



CHANEL, INC. (NEW YORK CORPORATION)
9 WEST 57TH STREET
NEW YORK, NY 10019

   FOR: SUNGLASSES, IN CLASS 9 (U.S. CL. 26).
   FIRST USE 1-0-1990; IN COMMERCE 1-0-1990.

OWNER OF U.S. REG. NOS. 195,359, 1,347,094 AND OTHERS.

SER. NO. 74-097,621, FILED 9-17-1990.

COLLEEN SCHALLOCK, EXAMINING ATTORNEY



7022984

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

August 23, 2006

THE ATTACHED U.S. TRADEMARK REGISTRATION *1,733,051* IS
CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND
EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN
THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES
PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *10* YEARS FROM   *November 17, 1992*
*1st* RENEWAL FOR A TERM OF *10* YEARS FROM   *November 17, 2002*
SECTION 8 & 15
SAID RECORDS SHOW TITLE TO BE IN:
   *REGISTRANT*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

*L. Edelen*

L. EDELEN
Certifying Officer



Int. Cl.: 18

Prior U.S. Cl.: 3

## United States Patent and Trademark Office

Reg. No. 1,733,051
Registered Nov. 17, 1992

## TRADEMARK
### PRINCIPAL REGISTER

## CHANEL

CHANEL, INC. (NEW YORK CORPORATION)
9 WEST 57TH STREET
NEW YORK, NY 10019

FOR: LEATHER GOODS; NAMELY, HAND-
BAGS, WALLETS, TRAVEL BAGS, LUGGAGE,
BUSINESS AND CREDIT CARD CASES,
CHANGE PURSES, TOTE BAGS, COSMETIC
BAGS SOLD EMPTY, AND GARMENT BAGS
FOR TRAVEL, IN CLASS 18 (U.S. CL. 3).

FIRST USE 0-0-1954; IN COMMERCE
0-0-1954.

OWNER OF U.S. REG. NOS. 626,035, 1,347,677
AND OTHERS.

SER. NO. 74-242,426, FILED 1-31-1992.

KEITH L. HENDERSON, EXAMINING ATTOR-
NEY



7022984

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

**August 23, 2006**

THE ATTACHED U.S. TRADEMARK REGISTRATION *1,347,677* IS
CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND
EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN
THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES
PATENT AND TRADEMARK OFFICE.


REGISTERED FOR A TERM OF *20* YEARS FROM  *July 09, 1985*
*1st* RENEWAL FOR A TERM OF *10* YEARS FROM  *July 09, 2005*
*SECTION 8 PARTIAL & 15*
*LESS GOODS*
CLASS(ES) CANCELLED:
 *INT CL 016*


SAID RECORDS SHOW TITLE TO BE IN:
 *REGISTRANT*


By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

*L. Edelen*

L. EDELEN
Certifying Officer



Int. Cls.: 16 and 18

Prior U.S. Cls.: 3 and 37

Reg. No. 1,347,677

## United States Patent and Trademark Office

Registered July 9, 1985

### TRADEMARK
### PRINCIPAL REGISTER

## CHANEL

CHANEL, INC. (NEW YORK CORPORATION)
9 W. 57TH ST.
NEW YORK, NY 10019

FOR: ~~NOTEBOOKS AND STATIONERY TYPE PORTFOLIOS~~, IN CLASS 16 (U.S. CL. 37).
FIRST USE 9-0-1981; IN COMMERCE 9-0-1981.
FOR: LEATHER GOODS—NAMELY, HAND-BAGS, WALLETS, TRAVEL BAGS, LUGGAGE, ~~BUSINESS AND CREDIT CARD CASES, BRIEF CASE TYPE PORTFOLIOS, ATTACHE CASES, CHANGE PURSES, SUITCASES, TOTE BAGS,~~ ~~MAKE-UP BAGS AND VANITY CASES SOLD EMPTY, GARMENT BAGS FOR TRAVEL AND TRAVELLERS' SHOE BAGS~~, IN CLASS 18 (U.S. CL. 3).
FIRST USE 0-0-1938; IN COMMERCE 11-24-1954.
OWNER OF U.S. REG. NO. 626,035.

SER. NO. 356,734, FILED 3-26-1982.

ROBERT PEVERADA, EXAMINING ATTOR-NEY



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

### UNITED STATES DEPARTMENT OF COMMERCE

#### United States Patent and Trademark Office

July 27, 2006

THE ATTACHED U.S. TRADEMARK REGISTRATION 626,035 IS CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *20* YEARS FROM   *May 01, 1956*
*3rd* RENEWAL FOR A TERM OF *10* YEARS FROM   *May 01, 2006*
SECTION 8 & 15
SAID RECORDS SHOW TITLE TO BE IN:
   *CHANEL, INC.*
   *A NEW YORK CORPORATION*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

P. SWAIN
Certifying Officer



Int. Cl.: 18

Prior U.S. Cl.: 3

**United States Patent and Trademark Office**

10 Year Renewal

Reg. No. 626,035

Registered May 1, 1956

Renewal Term Begins May 1, 1996

## TRADEMARK
## PRINCIPAL REGISTER

## CHANEL

CHANEL, INC. (NEW YORK CORPORA-
TION)
9 WEST 57TH STREET
NEW YORK, NY 10019, BY ASSIGN-
MENT AND ASSIGNMENT FROM
CHANEL, INC. (NEW YORK CORPO-
RATION) NEW YORK, NY

OWNER OF U.S. REG. NOS. 195,360,
513,132 AND OTHERS.

SEC. 2(F).

FOR: WOMEN'S HANDBAGS, IN
CLASS 3 (INT. CL. 18).

FIRST USE 0-0-1938; IN COMMERCE
11-24-1954.

SER. NO. 71-678,436, FILED 12-16-1954.

*In testimony whereof I have hereunto set my hand
and caused the seal of The Patent and Trademark
Office to be affixed on Aug. 27, 1996.*

COMMISSIONER OF PATENTS AND TRADEMARKS

# United States Patent Office

626,035
Registered May 1, 1956

## PRINCIPAL REGISTER
## Trademark

Ser. No. 678,436, filed Dec. 16, 1954

# CHANEL

Chanel, Inc. (New York corporation)
1 W. 57th St.
New York 19, N. Y.

For: WOMEN'S HANDBAGS, in CLASS 3.
First use 1938; in commerce Nov. 24, 1954.
Sec. 2(f).
Owner of Reg. Nos. 513,132, 195,360, and others.

**United States Patent and Trademark Office**

Home  Site Index  Search  FAQ  Glossary  Guides  Contacts  eBusiness  eBiz alerts  News  Help

# Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Sat Sep 22 04:08:49 EDT 2007*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | **SEARCH OG** | BOTTOM | HELP | |
| CURR LIST | | FIRST DOC | PREV DOC | | | | | |

Logout  Please logout when you are done to release system resources allocated for you.

Start  List At: [          ]  OR  Jump  to record: [          ]  **Record 5 out of 5**

TARR Status  ASSIGN Status  TDR  TTAB Status  *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | CHANEL |
| **Goods and Services** | IC 025. US 022 039. G & S: SUITS, JACKETS, SKIRTS, DRESSES, PANTS, BLOUSES, TUNICS, SWEATERS, CARDIGANS, TEE-SHIRTS, [CAPES, COATS,] RAINCOATS, [ JACKETS MADE OF FEATHERS, SHAWLS,] SCARVES, SHOES AND BOOTS. FIRST USE: 19140000. FIRST USE IN COMMERCE: 19250000 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 73359661 |
| **Filing Date** | April 14, 1982 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | March 15, 1983 |
| **Registration Number** | **1241265** |
| **Registration Date** | June 7, 1983 |
| **Owner** | (REGISTRANT) CHANEL, INC. CORPORATION NEW YORK 9 W. 57TH ST. NEW YORK NEW YORK 10019 |
| **Attorney of Record** | VERONICA L. HRDY |
| **Prior Registrations** | 0915139;1177400;AND OTHERS |

Trademark Electronic Search System (TESS)

| | |
|---|---|
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20030628. |
| **Renewal** | 1ST RENEWAL 20030628 |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST

CURR LIST | | FIRST DOC | PREV DOC | | |



### United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

Trademarks > Trademark Electronic Search System (TESS)

# Trademark Electronic Search System(Tess)
*TESS was last updated on Wed May 18 03:50:51 EDT 2005*

| PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | BOTTOM | HELP |
| CURR LIST | | | FIRST DOC | PREV DOC | | | | |

Logout | Please logout when you are done to release system resources allocated for you.

Start | List At: [        ]  OR  Jump | to record: [        ]    **Record 8 out of 8**

Check Status **(TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS)**

## Typed Drawing

| | |
|---|---|
| **Word Mark** | CHANEL |
| **Goods and Services** | IC 025. US 039. G & S: WOMEN'S **SHOES**. FIRST USE: 19700317. FIRST USE IN COMMERCE: 19700317 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 72373473 |
| **Filing Date** | October 16, 1970 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Registration Number** | 0915139 |
| **Registration Date** | June 15, 1971 |
| **Owner** | (REGISTRANT) CHANEL, INC. CORPORATION NEW YORK 9 W. 57TH ST. NEW YORK NEW YORK 10019 |
| **Attorney of Record** | VERONICA L. HRDY |
| **Prior Registrations** | 0619522 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20010811. |
| **Renewal** | 1ST RENEWAL 20010811 |
| **Live/Dead Indicator** | LIVE |

| PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | TOP | HELP |
| CURR LIST | | | FIRST DOC | PREV DOC | | | | |



Trademark Electronic Search System (TESS)                                    Page 2 of 2

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Int. Cls.: 9, 20, 25, 26 and 28

Prior U.S. Cls.: 2, 13, 21, 22, 23, 25, 26, 32, 36, 37, 38, 39, 40, 42 and 50

Reg. No. 3,134,695

## United States Patent and Trademark Office

Registered Aug. 29, 2006

## TRADEMARK
### PRINCIPAL REGISTER

# CHANEL

CHANEL, INC. (NEW YORK CORPORATION)
9 WEST 57TH STREET
NEW YORK, NY 10019

FOR: SKI GOGGLES, EYEGLASS FRAMES, MO-BILE PHONE STRAPS, SUNGLASSES, SUNGLASS PARTS, CASES FOR SPECTACLES AND SUNGLAS-SES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 1-1-1991; IN COMMERCE 1-1-1991.

FOR: MIRRORS, NAMELY PERSONAL COM-PACTS AND HAND-HELD MIRRORS, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

FIRST USE 9-1-2004; IN COMMERCE 9-1-2004.

FOR: SKI BOOTS, SUN VISORS, SUSPENDERS, SWEATBANDS, SWIMWEAR, STOCKINGS AND SOCKS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 9-1-2004; IN COMMERCE 9-1-2004.

FOR: HAIR ACCESSORIES NAMELY BARR-ETTES AND PONY-TAIL HOLDERS , IN CLASS 26 (U.S. CLS. 37, 39, 40, 42 AND 50).

FIRST USE 9-1-2004; IN COMMERCE 9-1-2004.

FOR: BAGS SPECIALLY ADOPTED FOR SPORTS EQUIPMENT, BASKETBALLS, KITES, SKIS, SKI POLLS, TENNIS RACKETS, TENNIS BALLS, TEN-NIS RACKET COVERS, GOLF CLUBS, GOLF BAGS, SNOW BOARDS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 7-1-2004; IN COMMERCE 7-1-2004.

THE MARK CONSISTS OF STANDARD CHAR-ACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 195,360, 2,812,740 AND OTHERS.

SER. NO. 76-615,092, FILED 10-8-2004.

APRIL L. RADEMACHER, EXAMINING ATTOR-NEY

 **United States Patent and Trademark Office**

Home  Site Index  Search  FAQ  Glossary  Guides  Contacts  eBusiness  eBiz alerts  News  Help

# Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Fri Apr 4 04:12:56 EDT 2008*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | **SEARCH OG** | BOTTOM | HELP | |
| CURR LIST | | | | NEXT DOC | LAST DOC | | | |

**logout** Please logout when you are done to release system resources allocated for you.

**Start** List At: [_____] OR **Jump** to record: [_____]  **Record 1 out of 2**

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)* |

# CHANEL

| | |
|---|---|
| **Word Mark** | CHANEL |
| **Goods and Services** | IC 014. US 002 027 028 050. G & S: Jewelry and watches. FIRST USE: 19140000. FIRST USE IN COMMERCE: 19250000 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 78725496 |
| **Filing Date** | October 3, 2005 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | May 30, 2006 |
| **Registration Number** | 3133139 |
| **Registration Date** | August 22, 2006 |

Trademark Electronic Search System (TESS)

| | |
|---|---|
| **Owner** | (REGISTRANT) Chanel, Inc. CORPORATION NEW YORK 9 West 57th Street New York NEW YORK 10019 |
| **Prior Registrations** | 0195360;0612169;2812740;AND OTHERS |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME    NEW USER    STRUCTURED    FREE FORM    BROWSE DICT    SEARCH OG    TOP    HELP

CURR LIST    NEXT DOC    LAST DOC

| HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



7022984

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

**UNITED STATES DEPARTMENT OF COMMERCE**

**United States Patent and Trademark Office**

**August 23, 2006**

**THE ATTACHED U.S. TRADEMARK REGISTRATION *1,571,787* IS CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE.**

**REGISTERED FOR A TERM OF *10* YEARS FROM   *December 19, 1989***
**1st RENEWAL FOR A TERM OF *10* YEARS FROM   *December 19, 1999***
**SECTION 8 & 15**
**SAID RECORDS SHOW TITLE TO BE IN:**
  *REGISTRANT*

**By Authority of the**
**Under Secretary of Commerce for Intellectual Property**
**and Director of the United States Patent and Trademark Office**



**L. EDELEN**
**Certifying Officer**



Int. Cl.: 14

Prior U.S. Cl.: 28

**United States Patent and Trademark Office**

Reg. No. 1,571,787
Registered Dec. 19, 1989

## TRADEMARK
### PRINCIPAL REGISTER

## CHANEL

CHANEL, INC. (NEW YORK CORPORATION)
9 WEST 57TH STREET
NEW YORK, NY 10019

FOR: WATCHES AND CLOCKS, IN CLASS 14
(U.S. CL. 28).
FIRST USE 10-0-1987; IN COMMERCE
10-0-1987.

OWNER OF U.S. REG. NOS. 195,360, 955,074
AND OTHERS.

SER. NO. 73-792,254, FILED 4-10-1989.

JERI J. FICKES, EXAMINING ATTORNEY



7022979

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

### UNITED STATES DEPARTMENT OF COMMERCE
#### United States Patent and Trademark Office

**July 27, 2006**

THE ATTACHED U.S. TRADEMARK REGISTRATION *955,074* IS CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *20* YEARS FROM *March 13, 1973*
*2nd* RENEWAL FOR A TERM OF *10* YEARS FROM *March 13, 2003*
SECTION 8
SAID RECORDS SHOW TITLE TO BE IN:
    *CHANEL, INC.*
    *A NEW YORK CORPORATION*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

W. MONTGOMERY
Certifying Officer

Int. Cl.: 14

Prior U.S. Cl.: 27

**United States Patent and Trademark Office**

10 Year Renewal

Reg. No. 955,074

Registered Mar. 13, 1973

Renewal Term Begins Mar. 13, 1993

## TRADEMARK
## PRINCIPAL REGISTER

## CHANEL

CHANEL, INC. (NEW YORK CORPORA-
TION)
9 WEST 57TH STREET
NEW YORK, NY 10019

OWNER OF U.S. REG. NOS. 612,169,
902,190 AND OTHERS.

FOR: WATCHES, IN CLASS 27 (INT.
CL. 14).

FIRST USE 11-2-1971; IN COMMERCE
12-22-1971.

SER. NO. 72-414,550, FILED 2-4-1972.

*In testimony whereof I have hereunto set my hand
and caused the seal of The Patent and Trademark
Office to be affixed on June 15, 1993.*

COMMISSIONER OF PATENTS AND TRADEMARKS

# United States Patent Office

955,074
Registered Mar. 13, 1973

## PRINCIPAL REGISTER
### Trademark

Ser. No. 414,550, filed Feb. 4, 1972

## CHANEL

Chanel, Inc. (New York corporation)
1 W. 57th St.
New York, N.Y.   10019

For: WATCHES, in CLASS 27 (INT. CL. 14).
First use Nov. 2, 1971; in commerce Dec. 22, 1971.
Owner of Reg. Nos. 612,169, 902,190, and others.