Gibney, Anthony & Flaherty, LLP
John Macaluso (JM 2058)
Amy Celeste Van Eepoel (AV 1224)
665 Fifth Avenue
New York, New York 10022
Telephone (212) 688-5151
Facsimile (212) 688-8315
E-mail: JMacaluso@Gibney.com

*Of Counsel:*
STEPHEN M. GAFFIGAN, P.A.
Stephen M. Gaffigan
312 S.E. 17th Street – Second Floor
Ft. Lauderdale, FL 33316
Telephone (954)-767-4819
Facsimile (954)-767-4821
Email: stephen@smgpa.net

Attorneys for Plaintiff
Chanel, Inc.

# THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHANEL, INC., a New York corporation | Case No. 07-cv-6679-GBD-MHD |
| Plaintiff, | |
| v. | **DECLARATION OF ROBERT HOLMES IN SUPPORT OF CHANEL'S MOTION FOR SUMMARY JUDGMENT** |
| HEATHER L. GARDNER a/k/a HEATHER BENJAMIN and COREY GARDNER, individually and d/b/a GARDNERINC.NET d/b/a SHOPWITHCLASS d/b/a DEZ9ERDREAMZ, and DOES 1-10, | |
| Defendants. | |

1. My name is Robert Holmes, and I am an officer of IPCybercrime.com, LLC, formerly the Holmes Detective Agency, a licensed private investigative firm located in Plano, Texas.

2.  I am over 18 years of age and have personal knowledge of the facts set forth herein. If called upon to do so, I could and would competently testify as to the following facts in support of Chanel's Motion for Summary Judgment against Defendants Heather L. Gardner a/k/a/ Heather Benjamin and Corey Gardner, individually and d/b/a GardnerInc.net d/b/a ShopWithClass d/b/a Dez9erDreamz ("Defendants").

3.  In or about November 2005, my firm was retained by Chanel, Inc. ("Chanel") to investigate the suspected sale of counterfeit Chanel products by the Defendants.

4.  On or about November 14, 2005, I conducted a domain name search of GardnerInc.net through http://NetworkSolutions.com and determined the domain name was created on October 24, 2005 and registered under the name Heather Gardner. A true and correct copy of the "whois" search I conducted for the domain name GardnerInc.net is attached hereto as Exhibit "1."

5.  In or about December 2005, I placed an order for one handbag bearing the Chanel Marks at issue in this action through Defendants' Internet website, GardnerInc.net. I paid $55.00, including shipping. The payee information provided listed "Heather Gardner; Dez9erBoutique@yahoo.com."

6.  On December 28, 2005, my firm received the handbag purchased from GardnerInc.net, which was sent via U.S. Mail. The return address on the outer packaging listed "Heather Gardner, 204 Eleanor St., Horseheads, NY 14845." True and correct photographs of the handbag shipped to my firm by the Defendants, together with photographs of the outside packaging and the chain of custody are attached hereto as Exhibit "2."

7.  The handbag my firm purchased from the Defendants through GardnerInc.net was turned over to representatives of Chanel in New York, together with the chain of custody, for

evaluation. After conducting an analysis of the handbag forwarded by my firm to Chanel, Chanel confirmed that the handbag was counterfeit.

8. On or about January 23, 2006, I received an email from Corey@GardnerInc.net explicitly recognizing that Chanel had issued a warning to their site regarding the sale of their products. The email stated that all Chanel products had to be removed from the GardnerInc.net site. A true and correct copy of the email I received from Corey@GardnerInc.net is attached hereto as Exhibit "3."

9. In or about April 2007, my firm was once again retained by Chanel to investigate the suspected sale of counterfeit Chanel products by the Defendants.

10. On or about April 19, 2007, I conducted a domain name search of DivineHandbags.net through http://whois.domaintools.com and determined the domain name was created on April 9, 2007 and registered under the name Corey Gardner. Additionally, the contact email address listed Dez9erBoutique@yahoo.com, the same email address provided in the payee information from my investigative buy. See Paragraph 5 above. A true and correct copy of the domain name search I conducted for DivineHandbags.net is attached hereto as Exhibit "4."

I declare under penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct.

FURTHER DECLARANT SAYETH NAUGHT.

Dated this 12th day of September, 2008.

ROBERT HOLMES

# EXHIBIT 1

# NetworkSolutions.

## WHOIS Search Results



**Network Solutions SSL Certificates as low as $99 a year!** LEARN MORE

Join Us in Supporting Those Affected by Hurricane Katrina

### WHOIS Record For

**gardnerinc.net**

Certified Offer Service - Make an offer on this domain
Backorder - Try to get this name when it becomes available
SSL Certificates - Make this site secure
Site Confirm Seals - Become a trusted Web Site

```
Domain Name.......... gardnerinc.net
Creation Date........ 2005-10-24
Registration Date.... 2005-10-24
Expiry Date.......... 2006-10-24
Organisation Name.... Heather Gardner
Organisation Address. P O Box 99800
Organisation Address.
Organisation Address. EmeryVille
Organisation Address. 94662
Organisation Address. CA
Organisation Address. US

Admin Name........... PrivateRegContact Admin
Admin Address........ P O Box 99800
Admin Address........
Admin Address........ EmeryVille
Admin Address........ 94662
Admin Address........ CA
Admin Address........ US
Admin Email.......... contact@myprivateregistration.com
Admin Phone.......... +1.5105952002
Admin Fax............

Tech Name............ PrivateRegContact TECH
```

**View Order**

**BUY THE AVAILABLE EXTENSIONS FOR THIS DOMAIN NA**

| | | |
|---|---|---|
| gardnerinc | ☑ | .or |
| gardnerinc | ☑ | .in |
| gardnerinc | ☑ | .bi |
| gardnerinc | ☑ | .tv |
| gardnerinc | ☑ | .cc |
| gardnerinc | ☑ | .w |
| gardnerinc | ☑ | .bz |
| gardnerinc | ☑ | .vg |
| gardnerinc | ☑ | .gs |
| gardnerinc | ☑ | .tc |
| gardnerinc | ☑ | .m |

Continue

**SEARCH AGAIN**

```
Tech Address......... P O Box 99800
Tech Address.........
Tech Address......... EmeryVille
Tech Address......... 94662
Tech Address......... CA
Tech Address......... US
Tech Email........... contact@myprivateregistration.com
Tech Phone........... +1.5105952002
Tech Fax.............
Name Server.......... yns1.yahoo.com
Name Server.......... yns2.yahoo.com
```

The previous information has been obtained either directly from the registrant or a registrar of the domain name other than Network Solutions. Network Solutions, therefore, does not guarantee its accuracy or completeness.

Show underlying registry data for this record

| | |
|---|---|
| **Current Registrar:** | MELBOURNE IT, LTD. D/B/A INTERNET NAMES WORLDWIDE |
| **IP Address:** | 66.218.79.169  (ARIN & RIPE IP search) |
| **IP Location:** | US(UNITED STATES)-CALIFORNIA-SUNNYVALE |
| **Lock Status:** | REGISTRAR-LOCK |
| **DMOZ** | no listings |
| **Y! Directory:** | see listings |
| **Data as of:** | 14-Jun-2005 |

**Enter a search term:**

e.g. networksolutions.co

Search by:
- ◉ Domain Name
- ○ NIC Handle
- ○ IP Address



**POPULAR CATEGORIE**

Travel
Car Rental
Hotels
Airline

Financial Planning
Debt
Credit Cards
Loans

Business and Finance
Affiliate Program
Student Loans
Stocks

 **Get a Web Site Fast and Easy**
Our hosting packages gets you started with a Web site and a FREE domain.


 **Search Through Thousands of Expired Domains**
Don't miss your chance to find a domain name you want. Place a Backorder on an expired domain name today.



Secure Your Site with an SSL Certificate

# EXHIBIT 2

Case 1:07-cv-06679-GBD-MHD   Document 16-4   Filed 09/15/2008   Page 7 of 17



**sales receipt**

Gardner Inc
1-607-259-1887
809 South Pine St
Horseheads, NY 14845

| Date | 11/23/2005 |
|---|---|
| Sale No. | 125 |
| Rep | |
| Payment Method | Paypal |

Sold To

Ship To

| Item | Description | Qty | Rate | Amount |
|---|---|---|---|---|
| CC3121 | Chanel Handbag | | 50.00 | 50.00 |
| Shipping | USPS Priority Shipping | | 5.00 | 5.00 |

ık you for visiting www.gardnerinc.net

**Total**    $55.00

FROM: Heather Gardner
204 Eleanor St.
Horseheads NY 14845







# CHAIN OF CUSTODY FORM
# EVIDENCE #20050370

CASE NAME: **gardnerinc.net**

CASE #: **CH03971**

COLLECTED FROM: **"Heather" / Gardner Inc.**

COLLECTED BY: **KH**

COLLECTION METHOD: **Internet Buy**

DESCRIPTION OF EVIDENCE: **(1) Chanel handbag (black)**

## TRANSFER HISTORY

| RECEIVED BY | DATE | SIGNATURE | TRANSFERRED TO | DATE |
|---|---|---|---|---|
| K. Hedlund | 12/28/2005 | *[signature]* | Oka via UPS | 1/5/2006 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

© The Holmes Detective Agency 2004



# EXHIBIT 3

**Main Identity from**

| | |
|---|---|
| From: | "corey gardner" <corey@gardnerinc.net> |
| To: | <AJOY724@ZOOMINTERNET.NET>; <mrwolex@yahoo.co.uk>; <brprochnow@sbcglobal.net>; <cat1606@aol.com>; <CHERYL_SMITH20@YAHOO.COM>; <n1lady@aol.com>; <Eschroeder0605@yahoo.com>; <emilyarnold20@yahoo.com>; <inegley@comcast.net>; <chris@waxnmore.com>; <totalviplady@aol.com>; <JYLATHAM@YAHOO.COM>; <kkhalouf@msn.com>; <dwrigh3@nycap.rr.com>; <deliza12002@yahoo.com>; <seeshells58@hotmail.com>; <reachinghigher4u@yahoo.com>; <wingsdirections@gmail.com>; <beachboy0705@yahoo.com>; <Sunshyn1314@aol.com>; <godvia1@yahoo.com>; <ebanksns@aol.com>; <wendyalehr@aol.com>; <www.truiva001@hotmail.com>; <crazygurl346@hotmail.com>; <sunsetingboda44@hotmail.com>; <babyjordan2345@hotmail.com>; <pattimartin@comcast.net>; <booscoos39@yahoo.com>; <kvhealthclub@adelphia.net>; <ICUANTIQUE@MSN.COM>; <mcohen05@comcast.net> |
| Sent: | Monday, January 23, 2006 1:17 PM |
| Subject: | Weekly Gardner Inc Newsletter and Item Update |

Gardner Inc has got a new face lift. Due to the
company growing so quickly we needed more space on our
website for even more items. This week we started to
switch over the site to a larger site. Bare with me
for the next 2 weeks as I update and add more items to
the new site. BAD NEWS: Chanel has issued a warning to
me and I had to obey this and remove all their items
off the site.


New Items:

CHLOE has come to Gardner Inc. I will be adding our
Chloe items in the next week. We have listed one Chloe
handbag that can be seen on the site. They are 100%
exactly like the originals and you can profit up to
450.00 or more off these bags.

I am in the middle of adding the new AAA LOUIS VUITTON
bags directly to the site. I will be adding them
everyday for the next couple weeks. The documents will
then be taken off the site.


NOTES:

When placing orders you will now be asked to enter
your country due to the size of our global clients.

Along with the new site will I will be adding more
detailed information for each item. What they come
with and the dimensions. This should help alot of
people.

ITEMS COMING:
I am working on a deal with a company to bring Coach Handbags around 300 of them and Coach wallets around 20 more then we currently have to our site. Also added if the deal goes through will be even more LV and FENDI wallets and BAGS will follow!!!!!

Thank you all for your continued business and remember we are here as business partners and will help you all best we can.

Corey & Heather Gardner
www.gardnerinc.net

1/24/2006

# EXHIBIT 4



Welcome **Guest!**  Login/Join

| Whois divinehandbags.net | Domain Suggestions | For Sale | Auctions | Advanced Auctions | Domain Search | Domain Monitor |
| Domain Directory | Ping | Traceroute | My IP Address | Cheap Domain Name Registration | Bulk Check | more > |
| Power Tools: | Reverse IP | Domain History | Mark Alert | Name Server Spy | Domain Typo New! | XML API |

**Sponsored Ads**

 Using Alexa? Then you'll love compete.com

Do you own garbage or PREMIUM DOMAINS?

Advertise in this spot, over 12 million people a month read this. Click on the sponsor link to the right for more information.

SPONSOR US

**DomainTools Blog:** ICANN finds problem with Resellers - Posted 1 day ago          Next ▶

## Whois for Divinehandbags.net ( Divine Handbags )

**Front Page Information**

| | |
|---|---|
| **Website Title:** | Best Quality Replica Handbags |
| **Record Type:** | Domain Name |
| **AboutUs:** | Wiki article on Divinehandbags.net |
| **SEO Score:** | 75% |
| **Meta Relevance:** | No terms. Site needs Meta Description. |
| **Terms:** | 187 (Unique: 128, Linked: 30) |
| **Images:** | 10 |
| **Links:** | 19 (Internal: 19, Outbound: 0) |

**Server Data**

| | |
|---|---|
| **IP Address:** | 68.142.212.117 [W][R][P][D][T] |
| **IP Location:** | - California - Sunnyvale - Inktomi Corporation |
| **Blacklist Status:** | Clear (history) |
| **SSL Cert:** | s.p10.hostingprod.com expires in 760 days |
| **Website Status:** | Active |

**Registry Data**

| | |
|---|---|
| **ICANN Registrar:** | MELBOURNE IT, LTD. D/B/A INTERNET NAMES WORLDWIDE |
| **Created:** | 08-apr-2007 |
| **Expires:** | 08-apr-2008 |
| **Registrar Status:** | clientTransferProhibited |
| **Whois Server:** | whois.melbourneit.com |
| **Name Server:** | YNS1.YAHOO.COM |

**Thumbnail**



**SEO Text Browser**

Loading...   SEO Text Browser
false

**DomainTools Exclusive**

**NS History:** 1 change. Using 1 unique name server in 0 years.

DivineHandbags.net Divine Handbags | | Page 2 of 3

| | |
|---|---|
| **IP History:** | 1 change. Using 1 unique IP address in 0 years. |
| **Reverse IP:** | 180,271 other sites hosted on this server. |
| **Monitor Domain:** | Set Free Alerts on divinehandbags.net |
| **Free Tool:** | Download DomainTools for Windows |

Revised on April 18th 2007 - 12:50pm

Cant find item? Simp email us a picture of

http://www.divinehandbags.net

## Whois Record

Disable SEO Text Browser ( Beta )

```
Domain Name......... divinehandbags.net
  Creation Date....... 2007-04-09
  Registration Date... 2007-04-09
  Expiry Date......... 2008-04-09
  Organisation Name... corey gardner
  Organisation Address. 222 winding way
  Organisation Address.
  Organisation Address. Horseheads
  Organisation Address. 14845
  Organisation Address. NY
  Organisation Address. UNITED STATES

Admin Name.......... corey gardner
  Admin Address....... 222 winding way
  Admin Address.......
  Admin Address....... Horseheads
  Admin Address....... 14845
  Admin Address....... NY
  Admin Address....... UNITED STATES
  Admin Email......... dexterboutique@yahoo.com
  Admin Phone......... +1.6073310291
  Admin Fax...........

Tech Name........... YahooDomains TechContact
  Tech Address........ 701 First Ave.
  Tech Address........
  Tech Address........ Sunnyvale
  Tech Address........ 94089
  Tech Address........ CA
  Tech Address........ UNITED STATES
  Tech Email.......... domain.tech@yahoo-inc.com
  Tech Phone.......... +1.6198813096
  Tech Fax............
  Name Server......... yns1.yahoo.com
  Name Server......... yns2.yahoo.com
```

### Other TLDs                    Toggle Key

.com    .net    .org    .info    .biz    .us

### Customize This Page

Select the items you want to be shown on this page. Login to save preferences.

- ☑ Front Page            ☑ Indexed Data
- ☑ Server Data           ☑ Registry Data
- ☑ Exclusive Data

### Backorder

Set a backorder so you can own divinehandbags.net when it becomes available.

### Domains for Sale

| Domain | Price |
|---|---|
| FashionableHandbags.com | $250.00 |
| MobileHandbags.com | $400.00 |
| LostHandbags.com | $500.00 |
| ProHandbags.com | $500.00 |
| EnglishHandbags.com | $500.00 |
| LittleHandbags.com | $700.00 |
| TeenHandbags.com | $950.00 |
| RedHandbags.com | $950.00 |
| BlueHandbags.com | $1,000.00 |
| BigHandbags.com | $1,100.00 |
| SummerHandbags.com | $1,150.00 |

### Compare Similar Domains

| Domain | Creation |
|---|---|
| Divine Hardwood.com | 2000-12-01 |
| Divine Handicrafts.com | 2001-04-24 |
| Divine Hand Poured Candles. | 2003-12-08 |
| Divine Happiness.com | 2004-02-12 |
| Divine Hands Reiki.com | 2004-06-05 |
| Divine Hand.com | 2004-08-14 |
| Divine Handwriting.com | 2004-10-27 |