http://www.sell.com/2232D7

# sell•com™ classifieds

| 🏠 home | sell now | Browse by Location | my stuff | search | Basic Search | help | Advanced Search | sign in |

**Place your ad!**
Starting at $1 for 30 days ▶

sell.com classifieds ▶ Clothing & Fashion ▶ Bags & Purses For Sale ▶ 2232D7

## Wholesale Louis Vuitton and OTHERS , Wallets with Box and DustCover!

$20.00 per item (Negotiable)    Seller: Dez9erdreamz (1) ★★★★

### Ad Info

| | |
|---|---|
| Asking Price: | **$20.00** per item (Negotiable) |
| Quantity For Sale: | Always in stock. (New condition) |
| Tax: | None. |
| Shipping & Handling: | **$3.85** for first item and **$0.00** each add'l. Seller will ship worldwide. Estimated delivery within a week. |
| Payment Terms: | Check, Money Order/Cashiers Check, PayPal, MoneyGram, Wire/Bank Transfer. |
| Item Location: | Horseheads, NY (USA) |
| Refund Policy: | Ask seller for details. |
| Date Posted: | Tue 08-Nov-2005 |

✉ **Email Friend**

### Classified Details

Wholesale Louis Vuitton and OTHERS , Wallets with Box and DustCover!



👆 Click    www.gardnerinc.net... VISIT US TODAY

We are your number one wholesaler in the USA for brands like Coach, Prada,Chanel Louis Vuitton and many more. We are one of the only companys that require NO MIN. to BUY!

Louis Vuitton Styles consit of:
Damier

### Seller Info

| | |
|---|---|
| Sign-in Name: | Dez9erdreamz (1) ★★★★ |
| Member Since: | **01-Apr-2005** |

| 💲 **Buy** | Agree to the seller's price. |
| 💲 **Offer** | Agree to the seller's price. |
| 🗨 **Note** | Send a note. |

💬 **View more ads from Dez9erdreamz**

*[handwritten:] Checking Website for Investigation*



Louis Vuitton

LVWD104

Monogram
Ceries
MultiColored Monogram
Epi

All Wallets are of the highest quality.

Over 50 styles available via our website only!

They all come with Box and Dustcover

SHIPPING RATE- 3.85 USPS Priority Mail

Keep for your self or resell to make a huge profit.

Visit our Site today for other brand wallets



CDW100

LVWMC101

LVWC107

LVWD1040

CC100

⊙ Browse more ads in Bags & Purses category

⊙ View more ads from Dez9erdreamz

sell.com™

Copyright © 1999-2005 sell.com, inc. All Rights Reserved.
Designated trademarks and brands are the property of their respective owners.

Help    Policies    Announcements    Link To Us



# sell•com<sup>™</sup>classifieds

| sell now | my stuff | search | help | sign in |

**Place your ad!**
Starting at $1 for 30 days ❯

🔍 **For Sale by Dez9erdreamz**

⌂ home   Browse Categories   Browse by Location   Basic Search   Advanced Search

**Search Classifieds**
[                    ]  Go ❯

☐ in title & description

**Sold By:**
Dez9erdreamz

**Refine Search ❯**

❯ **Selling?** Place an ad

❯ **Email me** when new
matching ads appear

❯ **View Recent Ads**

**Local Area Ads**

Show items near you first.
Enter your US ZIP Code:
[        ]  Go ❯

Or choose a city below:

○ **Atlanta**
○ **Boston**
○ **Charlotte**
○ **Chicago**
○ **Dallas-Fort Worth**
○ **Houston**
○ **Kansas City**

▤ Text Only   🖼 Image & Text

**Search Results** ⌐ Showing 1-4 of 4

**Search:** [                    ]  Go ❯
☐ search in title **and** description



| Matching Classified Ads | Qty | Asking Price |
|---|---|---|
| Wholesale Coach Wallets With Coach Box, LOW SHIPPING!<br>Location: Horseheads, NY [USA]<br>Seller: Dez9erdreamz (1) ★★★★ | many | $25.00 |
| New with Box, Louis Vuitton Belts at WHOLESALE prices, NO MIN to BUY!<br>Location: Horseheads, NY [USA]<br>Seller: Dez9erdreamz (1) ★★★★ | many | $15.00 |
| Wholesale Louis Vuitton and OTHERS , Wallets with Box and DustCover! new<br>Location: Horseheads, NY [USA]<br>Seller: Dez9erdreamz (1) ★★★★ | many | $20.00 |
| New with Box, Louis Vuitton Watches at Wholesale Prices<br>Location: Horseheads, NY [USA]<br>Seller: Dez9erdreamz (1) ★★★★ | many | $15.00 |

Showing 1-4 of 4

sell.com classifieds : search : for sale by dez9erdreamz

☑ **Refine Search (Sold By:** Dez9erdreamz)

- Los Angeles
- Miami
- Milwaukee
- Montreal
- New York
- Orlando
- Philadelphia
- Phoenix
- Portland
- Salt Lake City
- San Diego
- San Francisco
- San Jose
- Seattle-Tacoma
- Tampa-St. Pete
- Toronto
- Vancouver
- Washington DC

**View More** ☑

**sell.com** ™

**Help    Policies    Announcements    Link To Us**

Copyright © 1999-2005 sell.com, inc. All Rights Reserved.
Designated trademarks and brands are the property of their respective owners.

sell.com classifieds : member rating : dez9erdreamz

# sell.com™ classifieds

| sell now | my stuff | search | help |



Place your ad!
Starting at $1 for 30 days ►

sign in

home

**Join Now!** | **Place Your Ad** | **How It Works** | **What It Costs**

## ☆ Member Rating for Dez9erdreamz
View ratings Dez9erdreamz has received from other members.

View — View all ads from Dez9erdreamz
Rate — Evaluate Dez9erdreamz
Block — Block messages from Dez9erdreamz

**Dez9erdreamz (1 ratings received) ★★★★**

Location: Horseheads, NY [USA]
Member Since: **01-Apr-2005**
Membership Level: **Basic** Learn more»

### Rating Information

| | Past Week | Past Month | Past 6 Months | All Time |
|---|---|---|---|---|
| **Rated:** | ★★★★ | ★★★★ | ★★★★ | ★★★★ |
| **No. of Ratings:** | 1 | 1 | 1 | 1 |
| **Transactions:** | 1 | 1 | 1 | 2 |

### Completed Transactions   Ratings can be revised up to 90 days.

**Sort By:** Newest First ◄ Go ►

From buyer **shortie1** 09-Jun-2005

Rating: ★★★★   Timely: **Yes**   Accurate: **Yes**   Again: **Yes**
Comments: THANKS.

From buyer **ptcklos** sell.com/2Z2TV7

Feedback not yet received regarding transaction on 10-Nov-2005.

Showing **1-2** of **2**

sell.com classifieds : member rating : dez9erdreamz

**sell.com** ™

**Help**    **Policies**    **Announcements**    **Link To Us**

Copyright © 1999-2005 sell.com, inc. All Rights Reserved.
Designated trademarks and brands are the property of their respective owners.