Wholesale Chanel



11/11/2005

CC3111　CC3110　CC3109　CC3108



Wholesale Chanel

11/11/2005







Wholesale Chanel

11/11/2005





Page 1 of 2

11/11/2005

Wholesale Movado Omega Breitling

Home    Policy

Payment Methods    Shipping    Contact Us

CLICK IMAGE FOR MORE INFO.

## 7 Star* Watches



Omega [27]

Movado [20]

Breitling [23]



Chanel [8]

COMPANY NEWS

Most Popular

Item Last Added





Wholesale Chanel

Home   Policy    Payment Methods    Shipping    Contact Us

COMPANY NEWS

CLICK IMAGE TO ENLARGE

ALL AAA+ Chanel WATCHES 80.00 , Comes with Original Box

Made of the finest Quality

Most Popular



CCWA101

CCWA102

CCWA103

CCWA104

11/11/2005

CCWA108

CCWA107

Wholesale Chanel

11/11/2005

Wholesale Chanel



Policy    Payment Methods    Shipping    Contact Us

CLICK IMAGE TO ENLARGE

*SALE* CHANEL WATCH ONLY $13.00

CC100    CC101    CC102    CC103

Home    COMPANY NEWS

Most Popular

Item Last Added

http://www.gardnerinc.net/chanelwatches.html

Page 2 of 3

11/11/2005



CC111 CC110 CC109 CC108

Wholesale Chanel

http://www.gardnerinc.net/chanelwatches.html













# Gardner Inc
### Wholesale at its Finest

Home  Policy  Payment Methods  Shipping  Contact Us

## !!! Welcome to our company site!

We are your number one source for Quality, Customer Service and Prices. We supply the highest quality items at a great rate. We supply a wide variety of Brands and have items added weekly. NO MIN to BUY!

**!!! COMPANY NEWS**

**Weekly Special**





CHANEL WATCHES

ONLY $13.00

Welcome to Gardner Inc

**Coming Soon!**

-DG, Hermes Belts

-More LV Handbags

LV Watches [53]

Wallets [57]

LV Handbags [36]



Chanel Handbags [50]

Chanel Watches [26]

Payments



# Gardner Inc.

Home    Policy    Payment Methods    Shipping    Contact Us



Please email us your order with your name and payment method. We will then send you a total. Online payment through the website will be completed in the next 2 weeks. At this time Paypal, Money Orders, Western Union and Checks are accepted.

Thank you for your business.



### COMPANY NEWS

**PAYMENTS ACCEPTED**

-MONEY ORDERS (Address can be found on the contact page of this site)

-Paypal

-CREDIT CARDS

-CHECKS (must clear before shipment of merchandise)

-WESTERN UNION





WESTERN UNION
A First Data Company

11/11/2005





http://www.gardnerinc.net/payments.html

Shipping



# Gardner Inc.

Home | Policy | Payment Methods | Shipping | Contact Us



## COMPANY NEWS

### SHIPPING RATES

**WE SHIP WORLDWIDE**

WE OFFER FAST, RELIABLE SHIPPING TO ALL PARTS OF THE WORLD.

PRIORITY MAIL $5.00

GLOBALPRIORITY $15.00





# Gardner Inc.

Home | Policy | Payment Methods | Shipping | Contact Us

!!! COMPANY NEWS

## CONTACT INFORMATION PAGE



EMAILS

Questions

Sales

Orders

ADDRESS

**Gardner Inc.
809 South Pine
St Horseheads, NY 14845**

**1-607-259-1887**

