

 home | sell now | my stuff | search | help | sign in

Browse Categories | Browse by Location | Basic Search | Advanced Search

## For Sale by dez9erdreamz

**Search Classifieds**

[____] Go>

☐ in title & description

**Sold By:**
dez9erdreamz

**Refine Search** ▶

▶ **Selling?** Place an ad
▶ **Email me** when new matching ads appear
▶ **View Recent Ads**

**Local Area Ads**

Show items near you first.
Enter your US ZIP Code:

[____] Go>

Or choose a city below:
- Atlanta
- Boston
- Charlotte
- Chicago
- Dallas-Fort Worth
- Houston
- Kansas City
- Los Angeles
- Miami
- Milwaukee
- Montreal
- New York
- Orlando
- Philadelphia
- Phoenix
- Portland
- Salt Lake City
- San Diego
- San Francisco
- San Jose
- Seattle-Tacoma
- Tampa-St. Pete
- Toronto
- Vancouver

▣ Text Only   ▦ Image & Text

Search Results    Showing 1-6 of 6



Wholesale, New Louis Vuitton Handbags and Others starting at...
Asking $20.00 (many for sale)

| | Matching Classified Ads | Qty | Asking Price |
|---|---|---|---|
|  | Wholesale, New Louis Vuitton Handbags and Others starting at $20, NO MIN to BUY<br>Location: Horseheads, NY [USA]<br>Seller: Dez9erdreamz (4) ★★★★ | many | $20.00 |
| | New, WHOLESALE Louis Vuitton and Others, Watches only starting at $15.00<br>Location: Horseheads, NY [USA]<br>Seller: Dez9erdreamz (4) ★★★★ | many | $15.00 |
| | Wholesale Coach Wallets With Coach Box, LOW SHIPPING!<br>Location: Horseheads, NY [USA]<br>Seller: Dez9erdreamz (4) ★★★★ | many | $20.00 |
|  | NIB Louis Vuitton, and Many Others BELTS at WHOLESALE prices, NO MIN to BUY!<br>Location: Horseheads, NY [USA]<br>Seller: Dez9erdreamz (4) ★★★★ | many | $15.00 |
|  | Wholesale Louis Vuitton and OTHERS, Wallets with Box and DustCover!<br>Location: Horseheads, NY [USA]<br>Seller: Dez9erdreamz (4) ★★★★ | many | $20.00 |
|  | Wholesale Solid .925 Silver Tiffany & Company Rings, Bracelets, Necklaces, No MIN<br>Location: Horseheads, NY [USA]<br>Seller: Dez9erdreamz (4) ★★★★ | many | Make Offer |

Showing 1-6 of 6

Search: [____] Go>
☐ search in title and description