

Policy   Payment Methods   Shipping   Contact Us



CLICK IMAGE TO ENLARGE

Most Popular

ALL AAA+ Chanel WATCHES 80.00 , Comes with Original Box

Made of the finest Quality



  

CCWA101   CCWA102   CCWA103

  

CCWA104   CCWA105   CCWA106



 

CCWA107   CCWA108

 Policy | Payment Methods | Shipping | Contact Us



MOST POPULAR



LAST ADDED





## CHANEL HANDBAGS

Each is Only $50.00

Comes with Dustcover, Tags

Click Image to Enlarge

   

CC3100   CC3101   CC3102   CC3103

   

CC3104   CC3105   CC3106   CC3107

 

   

   

   

   

   

   

   

   

   

  






Payment Methods     Shipping     Contact Us



**All Chanel AAA are exactly like the originals, including tags, serial number, auth. card and after purchase book. They all are made with the finest craftsmanship and Chanel leather. Make a $250.00 Plus profit per bag!**

**Click Image to Enter**

   

| CHAAA101 | CHAAA102 | CHAAA103 | CHAAA104 |
| --- | --- | --- | --- |
| $79.00 | $79.00 | $67.00 | $67.00 |



| CHAAA105 | CHAAA106 | CHAAA107 | CHAAA108 |
| --- | --- | --- | --- |
| $67.00 | $67.00 | $47.00 | $----- |

   

| CHAAA109 | CHAAA110 | CHAAA111 | CHAAA112 |
| --- | --- | --- | --- |
| $------ | $----- | $74.00 | $74.00 |

http://www.gardnerinc.net/aaachanel.html          1/18/2006



| CHAAA113 | CHAAA114 | CHAAA115 | CHAAA116 |
| --- | --- | --- | --- |
| $68.00 | $68.00 | $68.00 | $69.00 |



| CHAAA117 | CHAAA118 | CHAAA119 | CHAAA120 |
| --- | --- | --- | --- |
| $69.00 | $78.00 | $78.00 | $78.00 |



| CHAAA121 | CHAAA122 | CHAAA123 | CHAAA124 |
| --- | --- | --- | --- |
| $65.00 | $65.00 | $65.00 | $00.00 |



| CHAAA125 | CHAAA126 | CHAAA127 | CHAAA128 |
| --- | --- | --- | --- |
| $00.00 | $00.00 | $85.00 | $66.00 |



| | | | |
|---|---|---|---|
| CHAAA129 | CHAAA130 | CHAAA131 | CHAAA132 |
| $----- | $----- | $----- | $----- |



| | | | |
|---|---|---|---|
| CHAAA133 | CHAAA134 | CHAAA135 | CHAAA136 |
| $79.00 | $79.00 | $----- | $----- |



| | | | |
|---|---|---|---|
| CHAAA137 | CHAAA138 | CHAAA139 | CHAAA140 |
| $----- | $----- | $----- | $----- |



| | | | |
|---|---|---|---|
| CHAAA141 | CHAAA142 | CHAAA143 | CHAAA144 |
| $73.00 | $85.00 | $85.00 | $------ |



| | | | |
|---|---|---|---|
| CHAAA145 | CHAAA146 | CHAAA147 | CHAAA148 |
| $------- | $65.00 | $89.00 | $89.00 |



| CHAAA149 | CHAAA150 | CHAAA151 | CHAAA152 |
|---|---|---|---|
| $72.00 | $72.00 | $79.00 | $73.00 |



| CHAAA153 | CHAAA154 | CHAAA155 | CHAAA156 |
|---|---|---|---|
| $67.00 | $67.00 | $67.00 | $67.00 |



| CHAAA157 | CHAAA158 | CHAAA159 | CHAAA160 |
|---|---|---|---|
| $65.00 | $74.00 | $74.00 | $74.00 |



| CHAAA161 | CHAAA162 | CHAAA163 | CHAAA164 |
|---|---|---|---|
| $74.00 | $74.00 | $74.00 | $78.00 |



| CHAAA165 | CHAAA166 | CHAAA167 | CHAAA168 |
|---|---|---|---|
| $78.00 | $69.00 | $59.00 | $73.00 |



CHAAA169     CHAAA170

$72.00       $76.00

 Policy     Payment Methods     Shipping     Contact Us



Most Popular

CLICK IMAGE TO ENLARGE

CHANEL WALLET 25.00 COMES WITH CHANEL BOX

   

CC100         CC200         CC300         CC400



 

CC500         CC600

Item Last Added



| Home | Policy | Payment Methods | Shipping | Contact Us |

**COMPANY NEWS**

CLICK Picture to Enter

Keyrings are Mirror image and all come in a gift box  $25.00



CKC100




| Home | Payment Methods | Shipping | Contact Us |
| --- | --- | --- | --- |

Policy

CLICK IMAGE TO ENLARGE

CHANEL WATCHES ONLY $15.00

**Most Popular**



**Item Last Added**





      

CC100           CC101           CC102           CC103

                              

      

CC108           CC109           CC110           CC111

      

   

   

 



Payment Methods    Shipping    Contact Us

Belts $18.00 Come with Box and removable Buckle

More then 5 Belts at 15.00 Each

Click Image to Enter

   

Dior                Dior                Dior              Versace

**CDBEL101**    **CDBEL102**    **CDBEL103**    **VCBEL101**

   

LVBEL101        LVBEL102        LVBEL13         LVBEL104

   

LVBEL105        LVBEL106        LVBEL107        CHABEL101

    


GUBEL101


GUBEL102


GUBEL103


GUBEL104


GUBEL105


GUBEL106


GUBEL107




Policy　　　　　Payment Methods　　　Shipping　　　Contact Us

CLICK IMAGE To Enlarge

All Hard Watch boxes are made of the finest quality and come with pillow.

    

　　　WBGT $.75　　　　WBP $.75　　　　WBLV $5.00　　　WBG $5.00

   

　　　WBCD $5.00　　　WBO $5.00　　　　WBC $5.00　　　WBT $5.00



