Policy    Payment Methods    Shipping    Contact Us



**MOST POPULAR**

# CHANEL HANDBAGS

Each is Only $50.00

Comes with Dustcover, Tags

Click Image to Enlarge



**LAST ADDED**





         

CC3100            CC3101            CC3102            CC3103

          

CC3104            CC3105            CC3106            CC3107

         

         

         

   

   

   

   

   

   

   

  

 Policy    Payment Methods    Shipping    Contact Us



Most Popular

CLICK IMAGE TO ENLARGE

ALL AAA+ Chanel WATCHES 80.00 , Comes with Original Box

Made of the finest Quality



      

CCWA101    CCWA102    CCWA103

      

CCWA104    CCWA105    CCWA106



