Welcome to Gardner Inc...Louis Vuitton, Coach, Armani and More at Wholesale          Page 1 of 2



**WELCOME TO GARDNER INC**



We are your number one source for Quality, Customer Service and Prices. We supply the highest quality items at a great rate. We supply a wide variety of Brands and have items added weekly. NO MIN to BUY!



**MEMBERS LOGIN**

**LAST NEWS**

We now Hit over 600 Tiffany



**Newest Arrival**



More 7 Star **Fendi Spy Handbags** have been added.

 more

**Coming Soon**

**All New Section "AA Chloe Handbags"**





All New **Hair Accessories** have been added.

 more

**Beginning of Fall Sale**

All AA **All 7 Star Handbags are $10.00 off**. There is NO minimum to buy with this offer as well. You can buy 1 or more and still save on **each bag**. This offer is only good for the **handbags** ONLY!

Receive a FREE AA Packaging Sets with any

ne to Gardner Inc...Louis Vuitton, Coach, Armani and More at Wholesale

purchase of a Tiffany Item!! This includes the
Box, Pouch, Carecard and Gift Bag!





**50- AA Chanel Bags added\*\***

**FOR Chanel CLICK <u>HERE</u>**

Please read our policy below.

**<u>Terms/Privacy</u> •**

©2006-2008 . All Rights Reserved

Photos - shopwithclass's Photos

# YAHOO! PHOTOS

ahool  My Yahoo!  Mail    Make Y! your home page    Search: [                    ]  **Web Search**

**Sign In**
New User? Sign Up

My Photos - View Cart - Help



## shopwithclass's photos

| Order Prints | Print-at-Home |

10 Albums

○ 7 Star Ha...     ○ 7 Star Shoes     ○ 7 Star Su...     ○ 7 Star Wa...

○ 7 Star Wa...     ○ AA Handba...     ○ AA Wallet...     ○ AA Watche...

○ Hair Acce...     ○ Keyrings

10 Albums

| Order Prints | Print-at-Home |

**The new Yahoo! Photos will be here shortly.**

We've been putting the finishing touches on a big upgrade to Yahoo! Photos and it's rolling out now. Your account will be upgraded automatically - so check back soon. In the meantime, take a look at what CNET had to say about the new version. Thanks for using Yahoo! Photos.

### Shop for Prints & Gifts
- Prints (4x6, 5x7, 8x10)
- Poster-size prints
- Photo gifts
- Photo greeting cards
- Real U.S. Stamps
- Photo Books
- Photo Calendars

**Order at Yahoo!
Pick Up at Target**

Order prints for pick up at your neighborhood Target store in as little as 1 hour. Show Me How



Copyright © 2006 Yahoo! Inc. All rights reserved.
Privacy Policy - Terms of Service - Copyright/IP Policy - Guidelines - Report Abuse - Help

Yahoo! Photos - shopwithclass's Photos - 7 Star Handbags- Chanel                    Page 1 of 4



**7 Star Handbags- Chanel**  [Back to shopwithclass's Photos]

Created by ⊛ shopwithclass
For information please drop an email to shopwithclass@yahoo.com

Print-at-Home

96 Photos: Check all | Clear all                                    View Slideshow

☐ 0609011907282    ☐ 0609011912139    ☐ 0609011912475    ☐ 06090118460799

☐ 06090118475154   ☐ 06090119011912   ☐ 06090118401069-0   ☐ 06090118414523-2

☐ 06090118440814-5  ☐ 06090118470220-1  ☐ 06090118523876-3  ☐ 06090118550710-4

☐ 06090119011912-3  ☐ 06090119064877-3  ☐ 06090118392388-80  ☐ 06090118560686-60

☐ 06090118595843-00  ☐ 06052515123471-50.gif  ☐ 06052515140983-60.gif  ☐ 06052515162446-90.gif

☐ 06052515194778-50.gif  ☐ 06052515205232-40.gif  ☐ 06052515240197-30.gif  ☐ 06052515253825-40.gif

The new Yahoo! Photos will be here shortly.

We've been putting the finishing touches on a big upgrade to Yahoo! Photos and it's rolling out now. Your account will be upgraded automatically - so check back soon. In the meantime, take a look at what CNET had to say about the new version. Thanks for using Yahoo! Photos.

**Shop for Prints & Gifts**
- Prints (4x6, 5x7, 8x10)
- Poster-size prints
- Photo gifts
- Photo greeting cards
- Real U.S. Stamps
- Photo Books
- Photo Calendars

**Order at Yahoo!**
**Pick Up at Target**

Order prints for pick up at your neighborhood Target store in as little as 1 hour. Show Me How


TARGET

06052515272639-40.gif

06052515285990-40.gif

06052515304493-50.gif

06052515350369-60.gif

06052515362526-50.gif

06052515382634-90.gif

06052515551074-60.gif

06052515564948-00.gif

06052515580360-40.gif

06052516004732-20.gif

06052516015782-00.gif

06052516205542-60.gif

06052516255050-50.gif

06052516414537-70.gif

06052516434098-00.gif

06052516453628-20.gif

06052516474085-30.gif

06052516490638-00.gif

06052517135319-90.gif

06052517145866-20.gif

06052517161658-20.gif

06052517173110-40.gif

06052517241125-80.gif

06052517245864-80.gif

06052517254357-00.gif

06052517330774-00.gif

06052517342425-90.gif

06052517352438-80.gif





06052814195948-70.gif

06052814212817-60.gif

06052814591357-30.gif

06052815040864-80.gif

06052815072530-70.gif

06052815084339-90.gif

06052815285381-50.gif

06052815295147-10.gif

06052815480536-20.gif

06052820225391-60.gif

06052821011352-60.gif

06052911454782-00.gif

06052912251658-10.gif

06052912260755-70.gif

06052912270792-60.gif

06052912284418-70.gif

06052912294712-20.gif

06052912303281-90.gif

06052912325564-40.gif

06052912333639-70.gif

06052912341896-50.gif

06052912350348-90.gif

06052912364020-40.gif

06052912391198-70.gif

Yahoo! Photos - shopwithclass's Photos - 7 Star Handbags- Chanel                    Page 4 of 4



06052912401757-
40.gif

06052912432419-
80.gif

06052912441712-
90.gif

06052912524535-
20.gif

06052912535844-
30.gif

06052917223318-
00.gif

06052917235627-
20.gif

06052917244595-
70.gif

06052917344581-
60.gif

06052917445324-
30.gif

06052917464622-
40.gif

06052917524116-
80.gif

06052917532333-
70.gif

06052917544949-
80.gif

06052917554224-
80.gif

06052917564217-
20.gif

06052917573836-
00.gif

06052917582810-
10.gif

06052917595092-
20.gif

06053013504851-
20.gif

96 Photos: Check all | Clear all

Print-at-Home

Yahoo! Photos - shopwithclass's Photos - 7 Star Handbags- Chanel    Page 1 of 4



The new Yahoo! Photos will be here shortly.

We've been putting the finishing touches on a big upgrade to Yahoo! Photos and it's rolling out now. Your account will be upgraded automatically - so check back soon. In the meantime, take a look at what CNET had to say about the new version. Thanks for using Yahoo! Photos.

**Shop for Prints & Gifts**

- Prints (4x6, 5x7, 8x10)
- Poster-size prints
- Photo gifts
- Photo greeting cards
- Real U.S. Stamps
- Photo Books
- Photo Calendars

**Order at Yahoo!
Pick Up at Target**

Order prints for pick up at your neighborhood Target store in as little as 1 hour. Show Me How



Yahoo! Photos - shopwithclass's Photos - 7 Star Handbags- Chanel                    Page 2 of 4



06052515272639-
40.gif

06052515285990-
40.gif

06052515304493-
50.gif

06052515350369-
60.gif

06052515362526-
50.gif

06052515382634-
90.gif

06052515551074-
60.gif

06052515564948-
00.gif

06052515580360-
40.gif

06052516004732-
20.gif

06052516015782-
00.gif

06052516205542-
60.gif

06052516255050-
50.gif

06052516414537-
70.gif

06052516434098-
00.gif

06052516453628-
20.gif

06052516474085-
30.gif

06052516490638-
00.gif

06052517135319-
90.gif

06052517145866-
20.gif

06052517161658-
20.gif

06052517173110-
40.gif

06052517241125-
80.gif

06052517245964-
80.gif

06052517254337-
00.gif

06052517330774-
00.gif

06052517342425-
90.gif

06052517352438-
80.gif

06052814195948-70.gif

06052814212817-60.gif

06052814591357-30.gif

06052815040864-80.gif

06052815072530-70.gif

06052815084339-90.gif

06052815285381-50.gif

06052815295147-10.gif

06052815480536-20.gif

06052820225391-60.gif

06052821011352-60.gif

06052911454782-00.gif

06052912251658-10.gif

06052912260755-70.gif

06052912270792-60.gif

06052912284418-70.gif

06052912294712-20.gif

06052912303281-90.gif

06052912325564-40.gif

06052912333639-70.gif

06052912341896-50.gif

06052912350348-90.gif

06052912364020-40.gif

06052912391198-70.gif



Yahoo! Photos - shopwithclass's Photos - 7 Star Handbags- Chanel    Page 4 of 4



06052912401757-40.gif  06052912432419-80.gif  06052912441712-90.gif  06052912524535-20.gif

06052912535844-30.gif  06052917223318-00.gif  06052917235627-20.gif  06052917244595-70.gif

06052917344581-60.gif  06052917445324-30.gif  06052917464622-40.gif  06052917524116-80.gif

06052917532333-70.gif  06052917544949-80.gif  06052917554224-80.gif  06052917564217-20.gif

06052917573836-00.gif  06052917582810-10.gif  06052917595092-20.gif  06053013504851-20.gif

96 Photos: Check all | Clear all

**Print-at-Home**

Yahoo! Photos - shopwithclass's Photos - 7 Star Shoes                                        Page 1 of 1

Search: [                    ]  **Web Search**

# YAHOO!® PHOTOS    **Sign In**          My Photos - View Cart - Help
                    New User? Sign Up

**7 Star Shoes** [Back to shopwithclass's Photos]

Created by ⊕ **shopwithclass**

| **Order Prints** | **Print-at-Home** |

2 Photos: Check all | Clear all                                   View Slideshow

☐ 1867412887        ☐ 1989947973

2 Photos: Check all | Clear all

| **Order Prints** | **Print-at-Home** |

---

**The new Yahoo! Photos will be here shortly.**

We've been putting the finishing touches on a big upgrade to Yahoo! Photos and it's rolling out now. Your account will be upgraded automatically - so check back soon. In the meantime, take a look at what CNET had to say about the new version. Thanks for using Yahoo! Photos.

**Shop for Prints & Gifts**

- Prints (4x6, 5x7, 8x10)
- Poster-size prints
- Photo gifts
- Photo greeting cards
- Real U.S. Stamps
- Photo Books
- Photo Calendars

**Order at Yahoo! Pick Up at Target**

Order prints for pick up at your neighborhood Target store in as little as 1 hour. Show Me How



**TARGET**

---

Copyright © 2006 Yahoo! Inc. All rights reserved.
Privacy Policy - Terms of Service - Copyright/IP Policy - Guidelines - Report Abuse - Help

Yahoo! Photos - shopwithclass's Photos - 7 Star Sunglasses- Chanel    Page 1 of 2

# YAHOO! PHOTOS

Sign In
New User? Sign Up

My Photos - View Cart - Help

**7 Star Sunglasses- Chanel** [Back to shopwithclass's Photos]

Created by 🌐 shopwithclass
For information please drop an email to shopwithclass@yahoo.com

Print-at-Home

30 Photos: Check all | Clear all                    View Slideshow


☐
06053010404032-
21.gif


☐
06053010404039-
70.gif


☐
06053010412529-
61.gif

☐
06053010412537-
10.gif


☐
06053010420896-
21.gif

☐
06053010420899-
30.gif


☐
06053010424445-
51.gif


☐
06053010424453-
00.gif

☐
06053010440132-
10.gif

☐
06053010440222-
31.gif


☐
06053010444565-
51.gif

☐
06053010444578-
60.gif



☐
06053010532742-
41.gif

☐
06053010532744-
30.gif


☐
06053010542321-
01.gif


☐
06053010542328-
50.gif


☐
06053010555877-
21.gif

☐
06053010555884-
60.gif

☐
06053010563617-
30.gif

☐
06053010563682-
91.gif



☐



☐



☐

---

**The new Yahoo! Photos will be here shortly.**

We've been putting the finishing touches on a big upgrade to Yahoo! Photos and it's rolling out now. Your account will be upgraded automatically - so check back soon. In the meantime, take a look at what CNET had to say about the new version. Thanks for using Yahoo! Photos.

**Shop for Prints & Gifts**
- Prints (4x6, 5x7, 8x10)
- Poster-size prints
- Photo gifts
- Photo greeting cards
- Real U.S. Stamps
- Photo Books
- Photo Calendars

**Order at Yahoo!
Pick Up at Target**

Order prints for pick up at your neighborhood Target store in as little as 1 hour. Show Me How


TARGET



30 Photos: Check all | Clear all

Print-at-Home

Copyright © 2006 Yahoo! Inc. All rights reserved.
Privacy Policy - Terms of Service - Copyright/IP Policy - Guidelines - Report Abuse - Help

Yahoo! Photos - shopwithclass's Photos - 7 Star Wallets - Chanel                    Page 1 of 2



Yahoo! Photos - shopwithclass's Photos - 7 Star Wallets - Chanel                    Page 2 of 2



06060213181079-
50.gif

06060213232546-
20.gif

06060213243581-
40.gif

06060213252573-
00.gif

06060213261912-
40.gif

06060213271859-
00.gif

06060213280148-
10.gif

06060213285558-
60.gif

06060213294325-
20.gif

06060213305835-
20.gif

06060213331815-
00.gif

06060213354047-
10.gif

06060215281382-
60.gif

06060215292322-
40.gif

06060215304862-
60.gif

06060215373965-
30.gif

36 Photos: Check all | Clear all

**Print-at-Home**

Copyright © 2006 Yahoo! Inc. All rights reserved.
Privacy Policy - Terms of Service - Copyright/IP Policy - Guidelines - Report Abuse - Help

Yahoo! Photos - shopwithclass's Photos - 7 Star Watches- Chanel

Page 1 of 1

Yahoo! My Yahoo! Mail          Search: [                    ] [ Web Search ]

**YAHOO! PHOTOS**    Sign In    New User? Sign Up          My Photos - View Cart - Help



**7 Star Watches- Chanel** [Back to shopwithclass's Photos]

Created by ⊙ **shopwithclass**
For information please drop an email to shopwithclass@yahoo.com

[ **Print-at-Home** ]

9 Photos: Check all | Clear all                    View Slideshow

☐ 483171510    ☐ 483172124    ☐ 483172686    ☐ 483174312

☐ 483174722    ☐ 483175136    ☐ 483176019    ☐ 483176669

☐ 483177147

9 Photos: Check all | Clear all

[ **Print-at-Home** ]



The new Yahoo! Photos will be here shortly.

We've been putting the finishing touches on a big upgrade to Yahoo! Photos and it's rolling out now. Your account will be upgraded automatically - so check back soon. In the meantime, take a look at what CNET had to say about the new version. Thanks for using Yahoo! Photos.

**Shop for Prints & Gifts**

- Prints (4x6, 5x7, 8x10)
- Poster-size prints
- Photo gifts
- Photo greeting cards
- Real U.S. Stamps
- Photo Books
- Photo Calendars

**Order at Yahoo!**
**Pick Up at Target**

Order prints for pick up at your neighborhood Target store in as little as 1 hour. Show Me How


**TARGET**

Copyright © 2006 Yahoo! Inc. All rights reserved.
Privacy Policy - Terms of Service - Copyright/IP Policy - Guidelines - Report Abuse - Help

EZPrints, one of Yahoo! Photos' service providers, collects information on this site in order to fulfill your request for photo services, consistent with the Yahoo! Privacy Policy. To learn about how Yahoo! uses your information please read the Yahoo! Photos Privacy Policy.

Yahoo! Photos - shopwithclass's Photos - AA Handbags- Chanel

Page 1 of 5

Yahoo!  My Yahoo!  Mail          Search: [                    ]  [Web Search]

My Photos - View Cart - Help

 **YAHOO! PHOTOS**   **Sign In**
New User? Sign Up

## AA Handbags- Chanel  [Back to shopwithclass's Photos]

Created by 🌐 **shopwithclass**
For information please drop an email to shopwithclass@yahoo.com

[ **Print-at-Home** ]

112 Photos: Check all | Clear all                    View Slideshow

                              

☐ 2077672198      ☐ 2077672246      ☐ 2077672279      ☐ 2077672313

                              

☐ 2077672357      ☐ 2077672387      ☐ 2077672442      ☐ 2077672488

                              

☐ 2077672543      ☐ 2077672573      ☐ 2077672617      ☐ 2077672671

                              

☐ 2077672712      ☐ 2077672780      ☐ 2077672829      ☐ 2077672877

                              

☐ 2077672923      ☐ 2077673051      ☐ 2077673082      ☐ 2077673105

**The new Yahoo! Photos will be here shortly.**

We've been putting the finishing touches on a big upgrade to Yahoo! Photos and it's rolling out now. Your account will be upgraded automatically - so check back soon. In the meantime, take a look at what CNET had to say about the new version. Thanks for using Yahoo! Photos.

**Shop for Prints & Gifts**
- Prints (4x6, 5x7, 8x10)
- Poster-size prints
- Photo gifts
- Photo greeting cards
- Real U.S. Stamps
- Photo Books
- Photo Calendars

**Order at Yahoo!**
**Pick Up at Target**

Order prints for pick up at your neighborhood Target store in as little as 1 hour. Show Me How

 **TARGET.**

Yahoo! Photos - shopwithclass's Photos - AA Handbags- Chanel                                    Page 2 of 5



☐ 2077673153    ☐ 2077673188    ☐ 2077673241    ☐ 2077673278

☐ 2077673308    ☐ 2077673343    ☐ 2077673382    ☐ 2077673413

☐ 2077673454    ☐ 2077673482    ☐ 2077673531    ☐ 2077673563

☐ 2077673598    ☐ 2077673634    ☐ 2077673719    ☐ 2077673750

☐ 2077673792    ☐ 2077673934    ☐ 2077673890    ☐ 2077673957

☐ 2077673999    ☐ 2077674104    ☐ 2077674161    ☐ 2077674216

☐ 2077674277    ☐ 2077674307    ☐ 2077674369    ☐ 2077674428

Yahoo! Photos - shopwithclass's Photos - AA Handbags- Chanel                    Page 3 of 5



2077674467     2077674515     2077674545     2077674581

2077674624     2077674660     2077674709     2077674742

2077674786     2077674839     1866738553     1866738764

1866738840     1866738966     1866739038     1866739171

1866739257     1866739355     1866739412     1866739503

1866739592     1866739650     1866739745     1866739818

1866739869     1866739959     1866740052     1866740179

1866740231     1866740300     1866740377     1866740469

Yahoo! Photos - shopwithclass's Photos - AA Handbags- Chanel



| | | | |
|---|---|---|---|
| 1866740571 | 1866740670 | 1866740750 | 1866740833 |
| 1866740888 | 1866740957 | 1866741047 | 1866741179 |
| 1866741265 | 1866741355 | 1866741458 | 1866741522 |
| 1866741577 | 1866741698 | 1866741765 | 1866741823 |
| 1866741875 | 1866741954 | 1866742032 | 1866742166 |
| 1866742218 | 1866742314 | 1866742374 | 1866742458 |
| 1866742527 | 1866742653 | 1866742717 | 1866742850 |
| 1866742914 | 1866743036 | 1866743106 | 1866743277 |

112 Photos: Check all | Clear all

Print-at-Home

Yahoo! Photos - shopwithclass's Photos - AA Wallets- Chanel                    Page 1 of 1

Yahoo!  My Yahoo!  Mail                     Search: [                    ]  [ Web Search ]

# YAHOO! PHOTOS

**Sign In**
New User? Sign Up

My Photos - View Cart - Help



**AA Wallets- Chanel**  [Back to shopwithclass's Photos]

Created by 👤 **shopwithclass**
For information please drop an email to shopwithclass@yahoo.com

**Print-at-Home**

15 Photos: Check all | Clear all                          View Slideshow

□ 787060293   □ 787061059   □ 787061125   □ 787061199

□ 787061267   □ 787066632   □ 2045350455  □ 2045350497

□ 2045350553  □ 2043416718  □ 2045306488  □ 2045307111

□ 2045307927  □ 2076677949  □ 1014644552

15 Photos: Check all | Clear all

**Print-at-Home**

### The new Yahoo! Photos will be here shortly.

We've been putting the finishing touches on a big upgrade to Yahoo! Photos and it's rolling out now. Your account will be upgraded automatically - so check back soon. In the meantime, take a look at what CNET had to say about the new version. Thanks for using Yahoo! Photos.

### Shop for Prints & Gifts

- Prints (4x6, 5x7, 8x10)
- Poster-size prints
- Photo gifts
- Photo greeting cards
- Real U.S. Stamps
- Photo Books
- Photo Calendars

### Order at Yahoo! Pick Up at Target

Order prints for pick up at your neighborhood Target store in as little as 1 hour. Show Me How


**TARGET**

Copyright © 2006 Yahoo Inc. All rights reserved.
Privacy Policy - Terms of Service - Copyright/IP Policy - Guidelines - Report Abuse - Help

Yahoo! Photos - shopwithclass's Photos - AA Watches-Chanel                    Page 1 of 2

**AA Watches-Chanel**  [Back to shopwithclass's Photos]

**Created by** ⊛ shopwithclass
For information please drop an email to shopwithclass@yahoo.com

Print-at-Home

27 Photos: Check all | Clear all                                    View Slideshow

☐ 839774270   ☐ 839774302   ☐ 839774343   ☐ 839774395

☐ 839774443   ☐ 839774477   ☐ 839774517   ☐ 839774553

☐ 839774589   ☐ 839774619   ☐ 839774662   ☐ 839774702

☐ 839774743   ☐ 839774772   ☐ 839774808   ☐ 839774848

☐ 839774902   ☐ 839775022   ☐ 839775053   ☐ 839775112

☐ 839775174   ☐ 839775213   ☐ 839775286   ☐ 839775324

---

**The new Yahoo! Photos will be here shortly.**

We've been putting the finishing touches on a big upgrade to Yahoo! Photos and it's rolling out now. Your account will be upgraded automatically - so check back soon. In the meantime, take a look at what CNET had to say about the new version. Thanks for using Yahoo! Photos.

**Shop for Prints & Gifts**
- Prints (4x6, 5x7, 8x10)
- Poster-size prints
- Photo gifts
- Photo greeting cards
- Real U.S. Stamps
- Photo Books
- Photo Calendars

**Order at Yahoo! Pick Up at Target**

Order prints for pick up at your neighborhood Target store in as little as 1 hour. Show Me How



Yahoo! Photos - shopwithclass's Photos - AA Watches-Chanel                    Page 2 of 2



☐ 839775365    ☐ 839775402    ☐ 839775446

27 Photos: Check all | Clear all

Print-at-Home

Yahoo! Photos - shopwithclass's Photos - Hair Accessories                              Page 1 of 1



Shop for Prints & Gifts
- Prints (4x6, 5x7, 8x10)
- Poster-size prints
- Photo gifts
- Photo greeting cards
- Real U.S. Stamps
- Photo Books
- Photo Calendars

Order at Yahoo!
Pick Up at Target

Order prints for pick up
at your neighborhood
Target store in as little
as 1 hour. Show Me
How



Yahoo! Photos - shopwithclass's Photos - Keyrings

Yahoo! My Yahoo! Mail

Search: [          ]  Web Search

# YAHOO! PHOTOS

**Sign In**
New User? Sign Up

My Photos - View Cart - Help

## Keyrings  [Back to shopwithclass's Photos]

Created by ⊕ **shopwithclass**

[ Order Prints ]  [ Print-at-Home ]

9 Photos: Check all | Clear all                                    View Slideshow



| ☐ 1867110939 | ☐ 1867111153 | ☐ 1867111267 | ☐ 1867111483 |



| ☐ 2046401440 | ☐ 2046401470 | ☐ 2046401862 | ☐ 2046401944 |

| ☐ 2046402064 |

9 Photos: Check all | Clear all

[ Order Prints ]  [ Print-at-Home ]

---

**The new Yahoo! Photos will be here shortly.**

We've been putting the finishing touches on a big upgrade to Yahoo! Photos and it's rolling out now. Your account will be upgraded automatically - so check back soon. In the meantime, take a look at what CNET had to say about the new version. Thanks for using Yahoo! Photos.

### Shop for Prints & Gifts

- Prints (4x6, 5x7, 8x10)
- Poster-size prints
- Photo gifts
- Photo greeting cards
- Real U.S. Stamps
- Photo Books
- Photo Calendars

### Order at Yahoo!
### Pick Up at Target

Order prints for pick up at your neighborhood Target store in as little as 1 hour. Show Me How



TARGET

---

Copyright © 2006 Yahoo! Inc. All rights reserved.
Privacy Policy · Terms of Service · Copyright/IP Policy · Guidelines · Report Abuse · Help