

# All shopwithclass Photos

Slideshow | Prints & Gifts

View: Name ▼                                                                 Photos: 1-100 ▼ of 344 | Select ▼

|  |  |  |  |  |
|---|---|---|---|---|
| 2045350553 | 2045350455 | 2045350497 | 787066632 | 787061267 |

| | | | | |
|---|---|---|---|---|
| 787061125 | 787061199 | 787060293 | 787061059 | 2043416718 |

| | | | | |
|---|---|---|---|---|
| 2046401944 | 2046402064 | 2046401470 | 2046401862 | 2046401440 |

| | | | | |
|---|---|---|---|---|
| 1867111267 | 1867111483 | 1867110939 | 1867111153 | 2045307927 |

| | | | | |
|---|---|---|---|---|
| 2076677949 | 2045306488 | 2045307111 | 2076677949 | 2076677698 |

| | | | | |
|---|---|---|---|---|
| 2076677310 | 2076677413 | 2076676860 | 2076677023 | 2076676584 |

12/18/06



    
2077673105  2077673051  2077672923  2077672829  2077672877

    
2077672780  2077672712  2077672671  2077672573  2077672617

    
2077672543  2077672488  2077672442  2077672387  2077672357

    
2077672313  2077672279  2077672198  2077672246  0609011859584300

    
0609011856068660  0609011839238880  060901190648773  060901190119123  060901185507104

060901185238763  060901184702201  060901184408145  060901184010690  060901184145232

View: Name ▼                                                       Photos 1-100 ▼ of 344 | Select ▼ ◀ ▶

Copyright © 2006 Yahoo! Inc. All rights reserved.
Privacy - Copyright/IP Policy - Guidelines - Report Abuse - Help

New Memo - Lotus Notes

Yahoo! My Yahoo! Mail — Sign In — New User? Sign Up — Search — Web Search

YAHOO! PHOTOS — All My Photos - View Cart - Help

Prints & Gifts — Search Tags... Go

### shopwithclass

- All shopwithclass Photos
- 7 Star Handbags - Chanel
- 7 Star Shoes
- 7 Star Sunglasses
- 7 Star Wallets - Chanel
- 7 Star Watches - Chanel

Sign in to add shopwithclass to your Friends' Photos list.

Full of bright ideas? Tell people on Yahoo! 360.

Send your Holiday wishes. The season's best cards at the HP Activity Center.

--select category--

## All shopwithclass Photos

Slideshow | Prints & Gifts

*Drag photos into this tray and choose a task above.*

View: Name ▼                                                                 Photos: 101-200 ▼ of 344 | Select ▼

   

| 06090118475154 | 06090119011912 | 0609011912475 | 06090118460799 | 0609011907282 |

   

| 0609011912139 | 1867412687 | 1989947973 | 1866743277 | 1866743106 |

    

| 1866742850 | 1866743036 | 1866742914 | 1866742653 | 1866742717 |

    

| 1866742458 | 1866742527 | 1866742314 | 1866742374 | 1866742166 |

    

| 1866742218 | 1866741954 | 1866742032 | 1866741875 | 1866741823 |

    

| 1866741698 | 1866741765 | 1866741577 | 1866741458 | 1866741522 |



| | | | | |
|---|---|---|---|---|
| 1866741355 | 1866741265 | 1866741179 | 1866740957 | 1866741047 |

      

| 1866740688 | 1866740750 | 1866740833 | 1866740670 | 1866740571 |
|---|---|---|---|---|

     

| 1866740377 | 1866740469 | 1866740300 | 1866740231 | 1866740052 |
|---|---|---|---|---|

    

| 1866740179 | 1866739959 | 1866739869 | 1866739745 | 1866739818 |
|---|---|---|---|---|

        

| 1866739503 | 1866739650 | 1866739592 | 1866739355 | 1866739412 |
|---|---|---|---|---|

     

| 1866739257 | 1866739171 | 1866739038 | 1866738840 | 1866738966 |
|---|---|---|---|---|

| 1866738553 | 1866738764 | 060913214023108 | 060913213602521 | 060913211027424 |
|---|---|---|---|---|

| 060913214433726 | 060913185548335 | 060913211170411 | 060913191302244 | 060913210840042 |
|---|---|---|---|---|







| 0609131912134O | 0609132144397 | 0609132122283 | 0609132130422 | 0606021530486260.gif |







| 0606021537396530.gif | 0606021529232240.gif | 0606021335404710.gif | 0606021528138260.gif | 0606021333181500.gif |







| 0606021329432520.gif | 0606021330583520.gif | 0606021328014810.gif | 0606021328555860.gif | 0606021327185900.gif |







| 0606021326191240.gif | 0606021325257300.gif | 0606021318107850.gif | 0606021323254620.gif | 0606021324358140.gif |







| 0606021316286840.gif | 0606021317214510.gif | 0606021311368350.gif | 0606021313319770.gif | 0606021308045410.gif |







| 0606021310489090.gif | 0605021304339870.gif | 0606021305294640.gif | 0605282101135260.gif | 0605291145478200.gif |

View: Name ▼                                                        Photos: 101-200 ▼ of 344 | Select ▼ ◄ ►

Copyright © 2006 Yahoo! Inc. All rights reserved.
Privacy Policy - Terms of Service - Copyright/IP Policy - Guidelines - Report Abuse - Help



# YAHOO! PHOTOS

Yahoo! My Yahoo! Mail
Sign In
New User? Sign Up

Search: [      ]  Web Search
All My Photos - View Cart - Help

Prints & Gifts                                            Search Tags... [Go]

## shopwithclass

- All shopwithclass Photos
- 7 Star Handbags - Chanel
- 7 Star Shoes
- 7 Star Sunglasses-
- 7 Star Wallets - Chanel
- 7 Star Watches- Chanel

Sign in to add shopwithclass to your Friends' Photos list.

Full of bright ideas? Tell people on Yahoo! 360.

Send your Holiday wishes. The season's best cards at the HP Activity Center
--select category--

## All shopwithclass Photos

Slideshow | Prints & Gifts

*Drag photos into this tray and choose a task above.*

View: Name ▼                                                    Photos: 201-300 ▼ of 344 | Select ▼ ◄ ►

   

0605281548053620.gif   0605282022539160.gif   0605281529514710.gif   0605281508433990.gif   0605281528538150.gif

 

0605281504086480.gif   0605281507253070.gif   0605281459135730.gif   0605281419594870.gif   0605281421281760.gif

    

0605251735243880.gif   0605251733077400.gif   0605251734242590.gif   0605251725435700.gif   0605251724112580.gif

    

0605251724586480.gif   0605251717311040.gif   0605251716165820.gif   0605251714586620.gif   0605251713531990.gif

    

0605251647408530.gif   0605251649063800.gif   0605251643409800.gif   0605251645362820.gif   0605251625505050.gif

    

0605251641453770.gif   0605251601578200.gif   0605251620554260.gif   0605251558036040.gif   0605251600473220.gif



   

839774270   839774302   1014644652   483176669   483177147

    

483176019   483175136   483174722   483172686   483174312

    

483171510   483172124   0605301102327641.gif   0605301102328380.gif   0605301100551390.gif

    

0605301100557251.gif   0605301100162700.gif   0605301100169831.gif   0605301058163371.gif   0605301058165800.gif

    

0605301057327771.gif   0605301057327830.gif   0605301056361730.gif   0605301056368291.gif   0605301055588460.gif

    

0605301054232850.gif   0605301055587721.gif   0605301053274430.gif   0605301054232101.gif   0605301044457860.gif

View: Name ▼                                                                 Photos: 201-300 ▼ of 344 | Select ▼ ◀ ▶

Copyright © 2006 Yahoo! Inc. All rights reserved.
Privacy Policy · Terms of Service · Copyright/IP Policy · Guidelines · Report Abuse · Help





# All shopwithclass Photos

**Slideshow** | **Prints & Gifts**

*Drag photos into this tray and choose a task above.*

View: Name ▼                                                              Photos: 301-344 ▼ of 344 | Select ▼

     

0605301053274241.gif   0605301044456551.gif   0605301044013210.gif   0605301044022231.gif   0605301042444551.gif

    

0605301042445300.gif   0605301042089930.gif   0605301042088621.gif   0605301041252961.gif   0605301041253710.gif

    

0605301040403221.gif   0605301040403970.gif   0605301350485120.gif   0605291759509220.gif   0605291757383600.gif

    

0605291758281010.gif   0605291756421720.gif   0605291754494980.gif   0605291755422480.gif   0605291752411680.gif

    

0605291753233370.gif   0605291746462240.gif   0605291734458160.gif   0605291744532430.gif   0605291723562720.gif

    

0605291724459570.gif   0605291253584430.gif   0605291722331800.gif   0605291244171290.gif   0605291252453520.gif


- All shopwithclass Photos
- 7 Star Handbags - Chanel
- 7 Star Shoes
- 7 Star Sunglasses -
- 7 Star Wallets - Chanel
- 7 Star Watches - Chanel

Sign in to add shopwithclass to your Friends' Photos list.

 Full of bright ideas? Tell people on Yahoo! 360.

 Send your Holiday wishes The season's best cards at the HP Activity Center  

--select category--  


0605291243241980.gif


0605291240175740.gif


0605291236402040.gif


0605291239119870.gif


0605291234189650.gif


0605291235034890.gif

0605291230328190.gif

0605291233363970.gif

0605291232556440.gif

0605291228441870.gif


0605291229471220.gif


0605291225165810.gif


0605291227079260.gif

0605291226075570.gif

View: Name

Photos: 301-344 ▼ of 344 | Select ▼

Copyright © 2006 Yahoo! Inc. All rights reserved.
Privacy Policy - Terms of Service - Copyright/IP Policy - Guidelines - Report Abuse - Help