Yahoo! My Yahoo! Mail | Search | Web Search 

# YAHOO! PHOTOS

Sign In
New User? Sign Up

All My Photos · View Cart · Help

Prints & Gifts | Search Tags... | Go

**designerwholesa...**
- All designerwholesa...
- Coach Handbags
- Place Order
- More Coach Handbags
- AA Chanel Handbags
- Chanel AA Wallets

Sign in to add designerwholesa... to your Friends' Photos list.


Armchair Adventures.
Relive moments - TiVo with Yahoo! Photos

Best Offer Yet! Vonage
Unlimited local & long distance calling only
$24.99/month Plus FREE Router!
Get 1 Month FREE!

## designerwholesale07 (10)


All designerwholesale07 Photos


AA Chanel Handba..
(73 Photos)


Chanel AA Shoes
(6 Photos)


Chanel AA Wallets
(1 Photo)




Chanel Cuffs
(11 Photos)


Chanel Hats
(13 Photos)


Chanel Sunglasses
(1 Photo)


Coach Handbags
(160 Photos)


More Coach Handb..
(41 Photos)


Place Order
(1 Photo)

Copyright © 2007 Yahoo! Inc. All rights reserved.
Privacy Policy · Terms of Service · Copyright/IP Policy · Guidelines · Report Abuse · Help

 Yahoo!  My Yahoo!  Mail

**YAHOO! PHOTOS**   Sign In   New User? Sign Up

Search: [         ]  Web Search

All My Photos • View Cart • Help

Prints & Gifts    Search Tags.. [  Go  ]


○ designerwholesa...
- All designerwholesa...
- Coach Handbags
- Place Order
- More Coach Handbags
- AA Chanel Handbags
- Chanel AA Wallets

Sign in to add designerwholesa... to your Friends' Photos list.

 Find what you want. Use Yahoo! Toolbar to make it easier.

 Great International Rates as low as 1¢ per Minute! Vonage TRY 1 MONTH FREE!

## AA Chanel Handbags
AA Handbags/ all ***ONLY 55.00*** Comes with Tags, Dustcover. Email dez9erboutique@yahoo.com for ordering info

Slideshow | Prints & Gifts

*Drag photos into this tray and choose a task above.*

View: Name ▼    Photos: 1-73 of 73  Select ▼

 2720344304
 2657509179
 2657509083
 2657509283
 2657509366

 2657509530
 2657509742
 2657509841
 2657509990
 2657510053

 2657510313
 2657511331
 2657512237
 2657512429
 2657512334

 2657512591
 2657512822
 2657512902
 2657513107
 2657512997

 2657513293
 2657513362
 2657513427
 2657513490
 2657513572

 2657513665
 2657513975
 2657513858
 2657514057
 2657514173

 2657514284
 2657514390
 2657514532
 2657514729
 2657514903

 2657515021
 2657515120
 2720343206
 2720343333
 2720343415

 2720343510
 2720343623
 2720343713
 2720343787
 2720343882

 2720343985
 2720344099
 2720344228
 2720344304
 2720344406

 2720344480
 2720344548
 2720344635
 2720344711
 2720344934

 2720345047
 2720345144
 2720345251
 6755399444174203
 6755399444174209

 8162774325088490
 2720344794
 11258999071546277
 11258999071546286
 14918173766481564

 14918173766481567
 18014398512605333
 24769797953654571
 26458647813872552
 26458647813872918

  



47287796087631336    50665495808159691    2720344794

View: Name ▼                                                                 Photos: 1-73 of 73  Select ▼

Copyright © 2007 Yahoo! Inc. All rights reserved.
Privacy Policy - Terms of Service - Copyright/IP Policy - Guidelines - Report Abuse - Help






### Chanel AA Shoes
Email dez9erboutique@yahoo.com for ordering info

| Slideshow | Prints & Gifts |

*Drag photos into this tray and choose a task above.*

**designerwholesa...**
- All designerwholesa...
- Coach Handbags
- Place Order
- More Coach Handbags
- AA Chanel Handbags
- Chanel AA Wallets

Sign in to add designerwholesa... to your Friends' Photos list.





View: Name ▼   Photos: 1-6 of 6 Select ▼

    

aashoe6-35.00   aashoe3-35.00   aashoe2-35.00   aashoe4-35.00   aashoe1-35.00



aashoe5-35.00

View: Name ▼   Photos: 1-6 of 6 Select ▼

Copyright © 2007 Yahoo! Inc. All rights reserved.
Privacy Policy · Terms of Service · Copyright/IP Policy · Guidelines · Report Abuse · Help

Yahoo! My Yahoo! Mail    Sign In    All My Photos - View Cart - Help
New User? Sign Up

# YAHOO! PHOTOS

Prints & Gifts    Search Tags... [Go]

**designerwholesa...**
- All designerwholesa...
- Coach Handbags
- Place Order
- More Coach Handbags
- AA Chanel Handbags
- Chanel AA Wallets

Sign in to add designerwholesa... to your Friends' Photos list.

Send pix through thin air. Upload mobile pictures to Yahoo! Photos.

## Chanel Sunglasses
7 Star Sunglasses / Comes with Tags, Case. Email dez9erboutique@yahoo.com for ordering info

| Slideshow | Prints & Gifts |

*Drag photos into this tray and choose a task above.*

View: Name ▼    Photos: 1 of 1 Select ▼


1528420439

View: Name ▼    Photos: 1 of 1 Select ▼

Copyright © 2007 Yahoo! Inc. All rights reserved.
Privacy Policy - Terms of Service - Copyright/IP Policy - Guidelines - Report Abuse - Help

Save up to $300 a Year¹ On Your Phone Bill! $24.99/mo UNLIMITED Local & Long Distance Calling  Get 1 Month FREE »  Vonage - A Better Way to Phone For Less











## Chanel Cuffs

**Slideshow** | **Prints & Gifts**

Drag photos into this tray and choose a task above.

View: Name ▼    Photos: 1-11 of 11 Select ▼

 Cuff1-19.00
 Cuff2-19.00
 Cuff3-19.00
 Cuff4-19.00
 Cuff5-19.00

 Cuff6-19.00
 Cuff7-19.00
 Cuff8-19.00
 Cuff9-19.00
 Cuff10-19.00

 Cuff11-19.00

View: Name ▼    Photos: 1-11 of 11 Select ▼

Copyright © 2007 Yahoo! Inc. All rights reserved.
Privacy Policy · Terms of Service · Copyright/IP Policy · Guidelines · Report Abuse · Help