

## BRANDS WE OFFER

**Handbags**

**Bottega**

**Burberry**

**Chanel**

Chloe

**Coach**

**Dior**

Dolce & Gabbana

**Fendi**

**Gucci**

Hermes

Jimmy Choo

Juicy Couture

**Kooba**

**Louis Vuitton**

Luella

Marc Jacobs

Miu Miu

Mulberry

Prada

# AA+ Chanel Handbags

## All Come with Tags and Dustcovers

| ITEM | Price | Item # | Description |
|------|-------|--------|-------------|
|  | **$50.00** | ACC1 | **Chanel Handbag** |
|  | **$49.00** | ACC2 | **Chanel Handbag** |
|  | **$49.00** | ACC3 | **Chanel Handbag** |
|  | **$50.00** | ACC4 | **Chanel Handbag** |
|  | **$52.00** | ACC5 | **Chanel Handbag** |
|  | **$49.00** | ACC6 | **Chanel Handbag** |

**Versace**

YSL

| | Price | Code | Description |
|---|---|---|---|
| | | | |
| | $50.00 | ACC7 | Chanel Handbag |
| | $51.00 | ACC8 | Chanel Handbag |
| | $49.00 | ACC9 | Chanel Handbag |
| | $46.00 | ACC10 | Chanel Handbag |
| | $46.00 | ACC11 | Chanel Handbag |
| | $46.00 | ACC12 | Chanel Handbag |
| | $46.00 | ACH13 | Chanel Handbag |
| | $46.00 | ACC14 | Chanel Handbag |

| | Price | Code | Description |
|---|---|---|---|
|  | $46.00 | ACC15 | Chanel Handbag |
|  | $52.00 | ACC16 | Chanel Handbag |
|  | $52.00 | ACC17 | Chanel Handbag |
|  | $49.00 | ACC18 | Chanel Handbag |
|  | $51.00 | ACC19 | Chanel Handbag |
|  | $52.00 | ACC20 | Chanel Handbag |
|  | $52.00 | ACC21 | Chanel Handbag |
|  | $52.00 | ACC22 | Chanel Handbag |
|  | $49.00 | ACC23 | Chanel Handbag |

| | Price | Code | Description |
|---|---|---|---|
|  | $49.00 | ACC24 | Chanel Handbag |
|  | $53.00 | ACC25 | Chanel Handbag |
|  | $49.00 | ACC26 | Chanel Handbag |
|  | $49.00 | ACC27 | Chanel Handbag |
|  | $50.00 | ACC28 | Chanel Handbag |
|  | $52.00 | ACC29 | Chanel Handbag |
|  | $47.00 | ACC30 | Chanel Handbag |
|  | $47.00 | ACC31 | Chanel Handbag |
| | $47.00 | ACC32 | Chanel Handbag |

| | Price | Code | Description |
|---|---|---|---|
| | | | |
| | $53.00 | ACC33 | Chanel Handbag |
| | $53.00 | ACC34 | Chanel Handbag |
| | $53.00 | ACC35 | Chanel Handbag |
| | $53.00 | ACC36 | Chanel Handbag |
| | $53.00 | ACC37 | Chanel Handbag |
| | $53.00 | ACC38 | Chanel Handbag |



| | $53.00 | ACC39 | Chanel Handbag |
|---|---|---|---|

Copyright 2007, DivineHandbags.net.

Privacy&Po



# Divine Handbags
### Your source for the Finest Replica's

HOME        ABOUT US        SHIPPING        PAYMENTS        JOIN US        CONTACT US

## BRANDS WE OFFER

**Handbags**

**Bottega**

**Burberry**

**Chanel**

Chloe

**Coach**

**Dior**

Dolce & Gabbana

**Fendi**

Gucci

Hermes

Jimmy Choo

Juicy Couture

Kooba

**Louis Vuitton**

Luella

Marc Jacobs

Miu Miu

Mulberry

Prada

## 7 Star Handbags

### All Come with Tags, Serial #, Card and Duster

| ITEM | Price | Item # | Description |
|---|---|---|---|
| | $115.00 | 7CC1 | Chanel Handbag |
| | $110.00 | 7CC2 | Chanel Handbag |
| | $110.00 | 7CC3 | Chanel Handbag |
| | $100.00 | 7CC4 | Chanel Handbag |
| | $130.00 | 7CC5 | Chanel Snake Skin  Handbag |

**Versace**

YSL

| | | | |
|---|---|---|---|
|  | $110.00 | 7CC6 | Chanel Handbag |
|  | $110.00 | 7CC7 | Chanel Handbag |
|  | $110.00 | 7CC8 | Chanel Handbag |
|  | $110.00 | 7CC9 | Chanel Handbag |
|  | $110.00 | 7CC10 | Chanel Handbag |
|  | $110.00 | 7CC11 | Chanel Handbag |
|  | $105.00 | 7CC12 | Chanel Handbag |
| | $125.00 | 7CC13 | Chanel Handbag |

|  | | | |
|---|---|---|---|
|  | **$130.00** | **7CC14** | **Chanel Handbag** |
|  | **$130.00** | **7CC15** | **Chanel Handbag** |



HOME    ABOUT US    SHIPPING    PAYMENTS    JOIN US    CONTACT US

## CHANEL Handbags



**BRANDS WE OFFER**

**Handbags**

   **Bottega**

   **Burberry**

   **Chanel**

   Chloe

   **Coach**

   **Dior**

   Dolce & Gabbana

   **Fendi**

   **Gucci**

   Hermes

   Jimmy Choo

   Juicy Couture

   **Kooba**

   **Louis Vuitton**



# Divine Handbags
### Your source for the Finest Replica's

| HOME | ABOUT US | SHIPPING | PAYMENTS | JOIN US | CONTACT US |

## Last Item's Added

 

Versace 7 Star Bags Chanel AA Bags

Revised on April 19th 2007-9:05am

## Brands We Offer

**Handbags**

**Bottega**

**Burberry**

**Chanel**

Chloe

**Coach**

**Dior**

Dolce & Gabbana

**Fendi**

**Gucci**

Hermes

Jimmy Choo

Juicy Couture

**Kooba**

**Louis Vuitton**



gallery7

**Welcome to Divine Handbags. We carry the most Brands at the Bes**

### Can't find an Item?

Cant find an item? Simply email us a picture of the item you want. We have resources worldwide and will help locate the item for you.

**JOIN OUR WEEKLY EMAIL LIST HERE**

We offer you the Best Selection of quality replica handbags at very low prices. We have NO MINIMUM to buy. You may choose one item

Luella

Marc Jacobs

Miu Miu

Mulberry

Prada

**Versace**

YSL

or 50. No order would go unfilled.
We add items almost daily.
Customer service is number one
on our list. You can feel confident
you will be taken care of.



Copyright 2007, DivineHandbags.net.          **RETURN POLICY**          **Privacy&Policy**



**HOME**     **ABOUT US**     **SHIPPING**     **PAYMENTS**     **JOIN US**     **CONTACT US**

## ABOUT US

DivineHandbags is an "Internet-Only" company that sell Replica Designer Name fashion items at greatly discounted prices. Our "Internet-Only" approach enables us to cut the overhead cost and offer you brand new, best quality products at the lowest prices you will ever see.

We specialize in outstanding customer service and offer a unique shopping experience with a personal touch. We invite you to browse through our store often as we add new and exciting items weekly.

Thanks for visiting.

**BRANDS WE OFFER**

**Handbags**

**Bottega**

**Burberry**

**Chanel**

Chloe

**Coach**

**Dior**

Dolce & Gabbana

**Fendi**

**Gucci**

Hermes

Jimmy Choo

Juicy Couture

**Kooba**

**Louis Vuitton**



Divine Handbags
Your source for the Finest Replica's

HOME    ABOUT US    SHIPPING    PAYMENTS    JOIN US    CONTACT US

## Shipping Methods and Timing

All orders are subject to verification
Delivery Time is 7-14 Business Days

We ship Daily (except Sunday) from 8am through 6pm

- We use Priority Mail and Global Priority for International Orders

WE SHIP WORLDWIDE

Orders are processed within 24 hours of when placed. You will receive a sales receipt Via email for your records. ALWAYS include SALES NUMBER upon any inquiries

### Damage or shortage claims

All Claims for damage or shortage of merchandise must be made at the time of the delivery.

### BRANDS WE OFFER

**Handbags**

**Bottega**

**Burberry**

**Chanel**

Chloe

**Coach**

**Dior**

Dolce & Gabbana

**Fendi**

**Gucci**

Hermes

Jimmy Choo

Juicy Couture

**Kooba**

**Louis Vuitton**



## Payment Options

For shoppers' convenience, we offer the following payment options:

- We accept all major credit cards as Visa, Master-card, American Express and Discover card.
- Paypal, Bidpay and Greenzap
- We accept checks (drawn on a US Bank with US funds), wire transfers, money orders
- Prices in our website may vary from advertised price
- Orders paid by personal or company check will be processed upon clearing the bank

**BRANDS WE OFFER**

**Handbags**

   **Bottega**

   **Burberry**

   **Chanel**

Chloe

   **Coach**

   **Dior**

Dolce & Gabbana

   **Fendi**

   **Gucci**

Hermes

Jimmy Choo

Juicy Couture

   **Kooba**

   **Louis Vuitton**

Best Quality Replica Handbags



| HOME | ABOUT US | SHIPPING | PAYMENTS | JOIN US | CONTACT US |

## CONTACT US

DivineHandbags is committed to serve you in the best way possible. Our friendly customer service team has easy access to our products at all times and will be happy to answer all your questions regarding ordering, returns, shipping or other information on our Web site.

### BRANDS WE OFFER

**Handbags**

**Bottega**

**Burberry**

**Chanel**

Chloe

**Coach**

**Dior**

Dolce & Gabbana

**Fendi**

**Gucci**

Hermes

Jimmy Choo

Juicy Couture

**Kooba**

**Louis Vuitton**

**To contact us by Email**

**General info**
Heather@divinehandbags.net

**Sales info**
Corey@divinehandbags.net

Or write to:
DivineHandbags
PO BOX 41
Horseheads, NY 14845

**Technical Questions:**
For questions of a technical nature with regards to our web site, please contact
webmaster@divinehandbags.net



# RETURNS & EXCHANGES

- All returned merchandise must be in mint condition , in the original manufacturer's packing with all included items it originally shipped.
- You Must contact us prior with Reason for Return and sales Receipt Number.

### How to return an item

**BRANDS WE OFFER**

**Handbags**

**Bottega**

**Burberry**

**Chanel**

Chloe

**Coach**

**Dior**

Dolce & Gabbana

**Fendi**

**Gucci**

Hermes

Jimmy Choo

Juicy Couture

**Kooba**

**Louis Vuitton**

1. Please package the item with the original manufacturer's packaging, with all included items it originally shipped.
2. Place the manufacturer's box into a shipping carton (or bag).
3. Include a copy of your sales reciept and fill out the "Return Form" in print.
4. **Specify clearly in print** the reason you are returning/exchanging the the item.
5. For your  ship regular shipping

Ship it to the following address;

**Divine Handbag
Attn. Returns Dept.
PO Box 41
Horseheads, NY 14845**

------------------------------ Return Form------------------------------

Order # _____
Item # _____
Contact name _____
Contact phone number _____

Reason of return: ___Wrong Item     ___Defective
Exchange for: _____

Commernts: _____
_____
_____
_____

Refunds are usually processed within one week of receipt.
Please expect a delay of one week on refunds



HOME    ABOUT US    SHIPPING    PAYMENTS    JOIN US    CONTACT US

**Last Added**

## PRIVACY POLICY

Our privacy policies are strict and are adhered to at all times. You can be confident that any and all information submitted to our site remains confidential forever. By informing you of our policy we are promoting trust and confidence, for all those who submit information, whether purchasing or requesting specific information.

**BRANDS WE OFFER**

**HANDBAGS**

**Bottega**

**Burberry**

**Chanel**

Chloe

**Coach**

**Dior**

Dolce & Gabbana

**Fendi**

**Gucci**

Hermes

Jimmy Choo

Juicy Couture

**Kooba**

Information we collect is your name, the billing and shipping address, phone number, email address, referral e-mail addresses, and credit card information. The data is stored in a secured database and can only be accessed through the Webmaster with personal coded information. Should you want the information corrected or removed you can email us at **webmaster@divinehandbags.net** at any time and let us know what you would like us to do. All requests are completed in an expedited manner, and confirmation is sent to your email as soon as we fulfill your request.

We use the information you provide about yourself when placing an order or any other request only to complete that request at your satisfaction. We do not share this information with outside parties except to the extent necessary to complete that request. We do the same to the information you provide about someone else when placing an order only to ship the product and to confirm delivery. We do not share this information with outside parties except to the extent necessary to complete that order.

We use return email addresses to answer the email we receive. Such Addresses are not used for any other purpose and are not shared with outside parties. To prevent unauthorized access, maintain data accuracy, and ensure the appropriate use of information, we have put in place, physical, electronic, and managerial procedures to safeguard and secure the information we collect online.

You can request to remove or delete all information about you - and or you can access your maintained personally identifiable information by mailing signed and written request for access to:

**Divine Handbags**
PO Box 41
Horseheads, NY 14845

Best Quality Replica Handbags

Page 2 of 4

**Louis Vuitton**

Luella

Marc Jacobs

Miu Miu

Mulberry

Prada

**Versace**

YSL

We require a signed and written request to better safeguard your information. To protect your privacy and security, we will also take reasonable steps to verify your identity before granting access or making corrections.

## DISCLAIMER:

### Website

Gardnerinc.net makes no representations as to the operation of this site or the information, material, content, or products included on this site. It is provided "as is" and "as available" without express or implied warranty. You expressly agree that you use this site at your sole risk.

Gardnerinc.net disclaims all warranties with regard to this information, including all implied warranties or merchantability and fitness. In no event shall Gardnerinc.net be liable for any special, indirect or consequential damages or any damages whatsoever resulting from loss of use, data or profits, whether in an action of contract, negligence or other tortuous action, rising out of or in connection with the use or performance of this information.

# Replica Products

Gardnerinc.net is in no way affiliated with, representing, associated, nor sponsored by any mentioned name brands or their copyrighted products. We do not represent our products to be original (Unless otherwise noted), nor do we represent that they are exact copies, therefore we do not violate any copyright laws.

Any mentioned name brands in this site are trademarks of their respective companies and the use of their names in this site is only for comparison purposes.

- All products on this website are intended for novelty purposes only.
- All products marked as Replica are in no way authentic versions of their named entities, and are not being represented or sold as such. While they are detailed in their authentic look, and of exceptional quality, they have no relationship to any of the authentic watch-makers named herein whatsoever.

Best Quality Replica Handbags

Page 3 of 4

- We are in no way affiliated with any of the authentic manufactures. To purchase authentic products visit their respective websites or authorized retailers.
- If you are affiliated with or working for Rolex, Louis Vuitton, Breitling, CHANEL, Gucci, Louis VUITTON, Coach, Movado, Prada, Christian Dior,Burberry or any other company either directly or indirectly, or any other related group, or were formally a worker you cannot enter this web site, cannot access any of its files and you cannot view any of the html files. If you enter this site you are not agreeing to these terms and you are violating code of the Internet Privacy Act and that means that you cannot threaten our ISP(s) or any person (s) or company storing these files, and cannot prosecute any person(s) affiliated with this page which includes family, friends or individuals who run or enter this web site.
- By continuing to enter this site, you are expressly agreeing to all terms as stated above.

By viewing this page or any other page within Gardnerinc.net you agree to the following terms:

- The products markes as Replica ARE NOT AUTHENTIC PRODUCTS. The one should go to an authorized dealer of the selected brand name to purchase authentic versions of it.
- By purchasing one of replica items, the buyer agrees not to re-sell or represent them as authentic, and in doing so cannot hold the owner of this site liable in court for any reason.
- By viewing this page and any other page linked to this web site directly or indirectly, you agree to such terms.
- If you are affiliated with or working for companys whose trademarks are mentioned here, either directly or indirectly, or any other related group, Person Representing these Companies or were formally a worker, National or International you CAN NOT enter this web site and or linked pages, cannot access any of its files and you cannot view any of the HTML files.
- If you enter this site and you are not agreeing to these terms you are violating Code of the Internet Privacy and that means that you CANNOT threaten our ISP(s) or any person(s) or company storing these files, and cannot prosecute any person(s) affiliated with this page which includes family, friends or individuals who own, run or enter or purchase from this web site.
- By continuing to enter this site or it's linked pages, you

are expressly and impliedly agreeing to all terms as stated above, and affirm that you are in compliance with all the terms as stated here.

- Any purchases made by you indicates that you have agreed with this disclaimer and are aware that you are purchasing a replica handbag, not the real thing

Copyright 2007, DivineHandbags.net.          **RETURN POLICY**          **Privacy&Policy**