## CERTIFICATE OF SERVICE

I certify that I am an employee of GIBNEY ANTHONY & FLAHERTY, LLP and that on this 15th day of September, 2008, I caused the **PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** to be served as follows:

[X]  by placing same to be deposited for mailing in the United States Mail, in a sealed envelope upon which first class postage was prepaid in New York, New York; and/or

[ ]  courtesy copy to be sent via facsimile;

[ ]  via hand-delivery; and/or

[ ]  by email

Heather Gardner &
Corey Gardner
334 West Jersey Way
Queen Creek, AZ 85243

*Tina Ferrajoli*
Tina Ferrajoli