UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
CHANEL, INC.,                     :

              Plaintiff,       :       **ORDER**

      -against-             :       07 Civ. 6679 (GBD)(MHD)

HEATHER GARDNER, et al.,          :

             Defendants.      :
----------------------------------X
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

    In light of plaintiff's failure to serve memorandum dated October 20, 2009 on defendants, it is hereby **ORDERED** as follows:

1. Defendants are to serve and file their response by no later than **TUESDAY, DECEMBER 15, 2009**.

2. Plaintiff is to serve and file reply papers, if any, by no later than **TUESDAY, DECEMBER 29, 2009**.

**DATED:**  **New York, New York**
         **November 17, 2009**

                                    SO ORDERED.

                                    **MICHAEL H. DOLINGER**
                                    **UNITED STATES MAGISTRATE JUDGE**

Copies of the foregoing Order have been sent this date to:

Mr. Corey Gardner
4127 East Camden Ave.
Queen Creek, AZ 85140

Ms. Heather Gardner
4127 East Camden Ave.
Queen Creek, AZ 85140

John Macaluso, Esq.
Fax: 212-688-8315

Stephen M. Gaffigan, P.A.
Fax: (954) 767-4821